1  RONALD L. JOHNSTON (State Bar No. 57418)
   Ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, Suite 4400
4  Los Angeles, California 90017
   (213) 243-4000
5

6  JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
   james.cooper@aporter.com
   LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
7  laura.vandruff@aporter.com
   ARNOLD & PORTER LLP
8  555 12th Street, NW
   Washington, DC 20004
9  (202) 942-5000

10 Attorneys for Defendants
   m-Qube, Inc. and VeriSign, Inc.
11

12                             UNITED STATES DISTRICT COURT
13
                               NORTHERN DISTRICT OF CALIFORNIA
14

15 ALIZA VALDEZ, individually and on behalf of )   Case No. 3:07-cv-06496-BZ
   a class of similarly situated individuals,   )
16                                              )
                   Plaintiff,                   )  **DECLINATION OF ASSIGNMENT**
17                                              )  **AND REQUEST FOR**
           v.                                   )  **REASSIGNMENT TO UNITED**
18                                              )  **STATES DISTRICT JUDGE**
   M-QUBE, INC., a Delaware corporation,        )
19 VERISIGN, INC., a Delaware corporation, and  )
   BUONGIORNO USA, INC., a Florida              )
20 Corporation, d/b/a BLINKO,                   )
                                                )
21                 Defendant.                   )
                                                )
22 _____ )

23

24

25

26

27

28

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Defendants m-Qube, Inc. and VeriSign, Inc. hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

Dated: January 2, 2008

Respectfully submitted,
ARNOLD & PORTER LLP

By: /s/ Angel L. Tang
Ronald L. Johnston (State Bar No. 57418)
Angel L. Tang (State Bar No. 205396)
777 South Figueroa Street, Suite 4400
Los Angeles, California  90017
(213) 243-4000

James Cooper
*Motion for Admission Pro Hac Vice Pending*
Laura Riposo VanDruff
*Motion for Admission Pro Hac Vice Pending*
555 12th Street, NW
Washington, DC  20004
(202) 942-5000

*Attorneys for Defendants
m-Qube, Inc. and VeriSign, Inc.*