1  RONALD L. JOHNSTON (State Bar No. 57418)
   Ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, Suite 4400
4  Los Angeles, California 90017
   (213) 243-4000
5

6  JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
   james.cooper@aporter.com
   LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
7  laura.vandruff@aporter.com
   ARNOLD & PORTER LLP
8  555 12th Street, NW
   Washington, DC 20004
9  (202) 942-5000

10 Attorneys for Defendants
   m-Qube, Inc. and VeriSign, Inc.
11

12
                          UNITED STATES DISTRICT COURT
13
                        NORTHERN DISTRICT OF CALIFORNIA
14

15 ALIZA VALDEZ, individually and on behalf of )   Case No. 3:07-cv-06496-BZ
   a class of similarly situated individuals,    )
16                                               )
                  Plaintiff,                     )   **CERTIFICATE OF SERVICE**
17                                               )
        v.                                       )
18                                               )
   M-QUBE, INC., a Delaware corporation,         )
19 VERISIGN, INC., a Delaware corporation, and   )
   BUONGIORNO USA, INC., a Florida               )
20 Corporation, d/b/a BLINKO,                    )
                                                 )
21                Defendant.                     )
                                                 )
22

23     I am a citizen of the United States, over the age of eighteen years, and I am not a party to the

24 foregoing action. My business address is 777 South Figueroa Street, Suite 4400, Los Angeles,

25 California 90017, which is located in the city, county and state where the mailing described below

26 took place.

27 ///

28 ///

1     I hereby certify that on this 2nd day of January 2008, copies of the following document have

2 been served:

**DECLINATION OF ASSIGNMENT AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

    True and complete copies of the above document were served on the following counsel by U.S. Mail and facsimile:

>Terry M. Gordon
>Law Offices of Terry M. Gordon
>Three Harbor Drive
>Suite 215
>Sausalito, California  94965
>Tel:   415-331-3601
>Fax:   415-331-1225
>
>John G. Jacobs
>Bryan G. Kolton
>The Jacobs Law Firm, Chtd.
>122 South Michigan Avenue
>Suite 1850
>Chicago, Illinois  60603
>Tel:   312-427-4000
>Fax:   312-427-1850
>
>Jay Edelson
>Myles McGuire
>KamberEdelson, LLC
>53 West Jackson Boulevard
>Suite 1530
>Chicago, Illinois  60604
>Tel:   312-589-6370
>Fax:   312-873-4610
>
>*Attorneys for Plaintiff*
>
>Rhett Traband
>Lauren Yelen
>Broad & Cassel
>One Biscayne Tower
>2 South Biscayne Blvd.
>21st Floor
>Miami, Florida  33131
>Tel:   (305) 373-9400
>Fax:   (305) 373-9443
>
>*Attorneys for Buongiorno USA, Inc.*

1  I declare that I am employed in the office of a member of the bar of this Court at whose
2  direction the service was made. I further declare under penalty of perjury that the above is true and
3  correct.
4  Executed on January 2, 2008 at Los Angeles, California.

By: /s/ C. Leyla Çambel
C. Leyla Çambel