FLETCHER C. ALFORD (State Bar No. 152314)
*falford@gordonrees.com*
ARISTOTLE E. EVIA (State Bar No. 211483)
*aevia@gordonrees.com*
RYAN B. POLK (State Bar No. 230769)
*rpolk@gordonrees.com*
GORDON & REES LLP
275 Battery Street
San Francisco, CA 94111
Phone: 415.986.5900
Fax: 415.986.8054

RHETT TRABAND (pending *PRO HAC VICE*)
*rtraband@broadandcassel.com*
BROAD AND CASSEL
2 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
Tel: 305.373.9476
Fax: 305.373.9443

Attorneys for Defendant
BUONGIORNO USA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC.., a Florida corporation d/b/a BLINKO,<br><br>Defendants. | CASE NO. C07-06496 BZ<br><br>**NOTICE OF APPEARANCE**<br><br>**Judge: Honorable Bernard Zimmerman** |

TO: THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorneys hereby state their appearance for defendant BUONGIORNO USA, INC.:

FLETCHER C. ALFORD (State Bar No. 152314)
ARISTOTLE E. EVIA (State Bar No. 211483)
RYAN B. POLK (State Bar No. 230769)

...

GORDON & REES LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3766
Email: *falford@gordonrees.com*
Email: *aevia@gordonrees.com*
Email: *rpolk@gordonrees.com*

Dated: January 2, 2008

GORDON & REES LLP

By: _____
    Aristotle E. Evia
    Attorneys for Defendant
    BUONGIORNO USA, INC.