1  FLETCHER C. ALFORD (State Bar No. 152314)
   *falford@gordonrees.com*
2  ARISTOTLE E. EVIA (State Bar No. 211483)
   *aevia@gordonrees.com*
3  RYAN B. POLK (State Bar No. 230769)
   *rpolk@gordonrees.com*
4  GORDON & REES LLP
   275 Battery Street
5  San Francisco, CA 94111
   Phone: 415.986.5900
6  Fax: 415.986.8054

7  RHETT TRABAND (pending *PRO HAC VICE*)
   *rtraband@broadandcassel.com*
8  BROAD AND CASSEL
   2 South Biscayne Blvd., Suite 2100
9  Miami, Florida 33131
   Tel: 305.373.9476
10 Fax: 305.373.9443

11 Attorneys for Defendant
   BUONGIORNO USA, INC.
12
                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA

14 ALIZA VALDEZ, individually and on         CASE NO. C07-06496 BZ
   behalf of a class of similarly situated
15 individuals,                              **UNOPPOSED MOTION FOR
                                             ENLARGEMENT OF TIME TO RESPOND
16       Plaintiff,                          TO COMPLAINT**

17   v.
                                             **Judge: Honorable Bernard Zimmerman**
18 M-QUBE, INC., a Delaware corporation,
   VERISIGN, INC., a Delaware corporation,
19 and BUONGIORNO USA, INC.., a Florida
   corporation d/b/a BLINKO,
20
         Defendants.
21

22       Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-2, Defendant
23 Buongiorno USA, Inc. ("Blinko") moves the Court for an Order for enlargement of the time in
24 which Blinko may respond to Plaintiff Aliza Valdez's ("Valdez") complaint for an additional
25 thirty-one (31) days up to and including February 4, 2008. The parties request that the Court
26 consider this motion without oral argument. In support of this motion, Blinko states:
27       1.      On October 18, 2007, Plaintiff Valdez filed the Complaint for Damages and
28 Injunctive Relief in the Superior Court of the State of California for the County of San Francisco.

2. On December 3, 2007, Blinko was served with a summons and a copy of the Complaint in this action.

3. On December 28, 2007, pursuant to 28 U.S.C. §§ 1332(d) and 1453(b), Defendants M-Qube, Inc. and Verisign, Inc. removed the action pending in the Superior Court of the State of California for the County of San Francisco to this Honorable Court.

4. Blinko's response to the Complaint is due on or before January 3, 2008.

5. Blinko respectfully requests an additional thirty-one (31) days in which to respond to the Complaint, up to and including February 4, 2008. Plaintiff Valdez does not oppose this Motion.

6. According to Rule 6(b)(1), the Court has broad discretion to enlarge the time where good cause is shown. Here, Blinko seeks additional time to adequately review and respond to the Complaint with the assistance of local counsel that was recently retained.

7. This is the first enlargement of time sought by Blinko. Further, the requested enlargement would not affect the schedule of this case or the case management conference which is set for March 21, 2008 at 9:00 a.m.

8. Neither party would be prejudiced by the relief sought in this Motion.

Dated: January 2, 2008    GORDON & REES LLP


By /s/ Aristotle E. Evia
Aristotle E. Evia
Attorneys for Defendant
BUONGIORNO USA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC.., a Florida corporation d/b/a BLINKO,<br><br>Defendants. | CASE NO.<br><br>**[PROPOSED] ORDER ON DEFENDANT BUONGIORNO, USA, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |
|---|---|

Having considered the papers submitted and arguments presented on Defendant Buongiorno USA, Inc.'s ("Blinko") Unopposed Motion for Enlargement of Time to Respond to Complaint, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

IT IS FURTHER ORDERED THAT Defendant Blinko shall have an additional thirty-one (31) days, up to and including February 4, 2008 to respond to Plaintiff Aliza Valdez's Complaint.

IT IS SO ORDERED.

Dated:

_____
Honorable Bernard Zimmerman
United States District Court Judge