Clerk's Use Only

Initial for fee pd.:

_____

Rhett Traband, Broad and Cassel, 2 South Biscayne Blvd., 21st Floor, Miami, Florida 33131, 305-373-9400

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,

                Plaintiff(s),

v.

M-QUBE, INC., VERISIGN, INC., BUONGIORNO USA, INC. d/b/a

                Defendant(s).      /

**CASE NO.** C07-6496 BZ

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Rhett Traband , an active member in good standing of the bar of Florida , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Buongiorno USA, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Aristotle E. Evia, 275 Battery Street, Suite 2000, San Francisco, CA 94111
Phone: 415-986-5900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2007

_____
Rhett Traband

UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

ALIZA VALDEZ, individually and on
behalf of a class of similarly situated
individuals,

                       Plaintiff(s),

      v.

M-QUBE, INC., VERISIGN, INC.,
BUONGIORNO USA, INC. d/b/a


                      Defendant(s).
_____/

**CASE NO.**  C07-6496 BZ

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Rhett Traband                       , an active member in good standing of the bar of

 Florida                       whose business address and telephone number

(particular court to which applicant is admitted)

is

Broad and Cassel
One Biscayne Tower, 2 South Biscayne Blvd.  21st  Floor, Miami, Florida  33131
305-373-9400,                                         ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Buongiorno USA, Inc.

     IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.


Dated:

_____
United States Magistrate  Judge