Clerk's Use Only

Initial for fee pd.:

Lauren Arielle Yelen, Broad and Cassel, 2 South Biscayne Blvd., 21st Fl. Miami, Florida 33131, 305-373-9400

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,

Plaintiff(s),

v.

M-QUBE, INC., VERISIGN, INC., BUONGIORNO USA, INC. d/b/a/ BLINKO

Defendant(s).

CASE NO. C07-6496 BZ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Lauren Arielle Yelen, an active member in good standing of the bar of Florida, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Buongiorno USA, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Aristotle E. Evia, 275 Battery Street, Suite 2000, San Francisco, CA 94111
Phone: 415.986.5900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 28, 2007

_____
Lauren Arielle Yelen

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff(s),<br>v.<br>M-QUBE, INC., VERISIGN, INC., BUONGIORNO USA, INC. d/b/a<br><br>Defendant(s). | CASE NO. C07-6496 BZ<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Lauren Arielle Yelen , an active member in good standing of the bar of Florida whose business address and telephone number (particular court to which applicant is admitted) is

Broad and Cassel
One Biscayne Tower, 2 South Biscayne Blvd. 21st Floor, Miami, Florida 33131
305-373-9400,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Buongiorno USA, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge