Clerk's Use Only

Initial for fee pd.:

Jeffrey R. Geldens, Broad and Cassel, 2 South Biscayne Blvd., 21st Floor, Miami, Florida 33131, 305-373-9400

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,

        Plaintiff(s),

        v.

M-QUBE, INC., VERISIGN, INC., BUONGIORNO USA, INC. d/b/a

        Defendant(s).

CASE NO. C07-6496 BZ

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Jeffrey R. Geldens, an active member in good standing of the bar of Florida, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Buongiorno USA, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Aristotle E. Evia, 275 Battery Street, Suite 2000, San Francisco, CA 94111
Phone: 415-986-5900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2007

                                Jeffrey R. Geldens

UNITED STATES DISTRICT COURT

Northern District of California

ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,

        Plaintiff(s),

v.

M-QUBE, INC., VERISIGN, INC., BUONGIORNO USA, INC. d/b/a

        Defendant(s).

CASE NO. C07-6496 BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jeffrey R. Geldens, an active member in good standing of the bar of Florida whose business address and telephone number (particular court to which applicant is admitted) is

Broad and Cassel
One Biscayne Tower, 2 South Biscayne Blvd. 21st Floor, Miami, Florida 33131
305-373-9400,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Buongiorno USA, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                                  _____
                                                United States Magistrate Judge