FLETCHER C. ALFORD (State Bar No. 152314)
falford@gordonrees.com
ARISTOTLE E. EVIA (State Bar No. 211483)
aevia@gordonrees.com
RYAN B. POLK (State Bar No. 230769)
rpolk@gordonrees.com
GORDON & REES LLP
275 Battery Street
San Francisco, CA 94111
Phone: 415.986.5900
Fax: 415.986.8054

RHETT TRABAND (pending *PRO HAC VICE*)
rtraband@broadandcassel.com
BROAD AND CASSEL
2 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
Tel: 305.373.9476
Fax: 305.373.9443

Attorneys for Defendant
BUONGIORNO USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC., a Florida corporation d/b/a BLINKO,<br><br>Defendants. | CASE NO. C07-06496 BZ<br><br>**STIPULATION FOR EXTENSION OF TIME FOR BUONGIORNO USA, INC. TO RESPOND TO THE PLAINTIFFS' COMPLAINT**<br><br>**Judge: Honorable Bernard Zimmerman** |

TO THIS HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS:

Pursuant to the applicable Federal Rules of Civil Procedure and Local Rules, IT IS HEREBY STIPULATED by and between defendant BUONGIORNO USA, INC. ("BUONGIORNO") and plaintiffs ALIZA VALDEZ, individually and on behalf of an alleged class of similarly situated individuals, (collectively "Plaintiffs"), based upon good cause, that

1  BUONGIORNO is permitted an extension of time (up to and including February 4, 2008) to
2  respond to the Plaintiffs' Complaint.
3         IT IS SO STIPULATED.
4
   Dated: January 3, 2008                    GORDON & REES LLP
5
6
                                             By: /s/ Aristotle E. Evia
7                                                Aristotle E. Evia
                                                 Attorneys for Defendant BUONGIORNO
8                                                USA, INC.

9  Dated: January 3, 2008                    LAW OFFICES OF TERRY M. GORDON
10
11                                           By: /s/ Terry M. Gordon
                                                 Terry M. Gordon
12                                               Attorneys for Plaintiffs ALIZA VALDEZ,
                                                 individually and on behalf of a class of
13                                               similarly situated individuals

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
STIPULATION FOR EXTENSION OF TIME FOR BUONGIORNO USA, INC. TO
RESPOND TO THE PLAINTIFFS' COMPLAINT / CASE NO. C07-06496 BZ