*Valdez v. M-Qube, et al.*
United States District Court- Northern District of California

Case Number: C07-06496 BZ

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date listed below, I served the within documents:

**STIPULATION FOR EXTENSION OF TIME FOR BUONGIORNO USA, INC. TO RESPOND TO THE PLAINTIFF'S COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

SEE ATTACHED LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 3, 2008, at San Francisco, California.

_____
Digna Toy

-1-
PROOF OF SERVICE

*Valdez v. M-Qube, et al.*
United States District Court-Northern District of California, Case No. C07-06496 BZ

PROOF OF SERVICE LIST

| **Attorneys for Plaintiffs**<br>Terry M. Gordon, Esq.<br>Law Offices of Terry M. Gordon<br>Three Harbor Drive, Suite 215<br>Sausalito, CA 94965<br>Tel: 415-331-3601<br>Email: tgordon@tgordonlaw.com<br><br>*Co-counsel:*<br>John G. Jacobs, Esq.<br>Bryan G. Kolton, Esq.<br>The Jacobs Law Firm, Chtd.<br>122 South Michigan Ave., Suite 1850<br>Chicago, ILL 60603<br>Tel: 312-427-5000<br>Email: jgjacobs@thejacobslawfirm.com<br>Email: bgkolton@thejacobslawfirm.com<br><br>*Co-Counsel:*<br>Jay Edelson, Esq.<br>Mayles McGuire, Esq.<br>KamberEdelson, LLC<br>53 West Jackson Blvd., Suite 1530<br>Chicago, Ill 60604<br>Tel: 312-589-6370<br>Email: jedelson@kamberedelson.com<br>Email: mmcguire@kamberedelson.com | **Attorneys for Buongiorno USA, INC.**<br>*Co-Counsel*<br><br>Rhett Traband, Esq.<br>Lauren Yelen, Esq.<br>Broad & Cassel<br>One Biscayne Tower<br>@ South Biscayne Blvd., 21st Fl.<br>Miami, Florida 33131<br>Tel: 305-373-9400<br>Email: rtraband@broadandcassell.com<br>Email: lyelen@broadandcassell.com |
| --- | --- |
| **Attorneys for m-Qube, Inc. and VeriSign, Inc.**<br>Ronald L. Johnson, Esq.<br>Angel L. Tank, Esq.<br>Arnold & Porter LLP<br>777 S. Figueroa St., Suite 4400<br>Los Angeles, CA 90017<br>Tel: 213-243-4000<br>Email: Ronald.johnson@aporter.com<br>Email: angel.tang@aporter.com | |

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
PROOF OF SERVICE