

1  RONALD L. JOHNSTON (State Bar No. 57418)
   ronald.johnson@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 S. Figueroa Street, Suite 4400
4  Los Angeles, CA 90017
   (213) 243-4000
5
   JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
6  james.cooper@aporter.com
   LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
7  laura.vandruff@aporter.com
   ARNOLD & PORTER LLP
8  555 12th Street, NW
   Washington, DC 20004
9  (202) 942-5000

10 Attorneys for Defendants
   m-Qube, Inc. and VeriSign, Inc.
11

12            UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14
   ALIZA VALDEZ, individually and on behalf of )   Case No.  ( V  O7  6496  82
15 a class of similarly situated individuals,   )
                                                )
16              Plaintiff,                       )   **CERTIFICATE OF SERVICE**
                                                )
17 v.                                           )
                                                )
18 M-QUBE, INC., a Delaware corporation,        )
   VERISIGN, INC., a Delaware corporation, and  )
19 BUONGIORNO USA, INC., a Florida              )
   Corporation, d/b/a BLINKO,                   )
20                                              )
                Defendants.                     )
21                                              )
                                                )
22

23        I am a citizen of the United States, over the age of eighteen years, and I am not a party to the

24 foregoing action. My business address is 90 New Montgomery Street, Suite 600, San Francisco,

25 California 94105, which is located in the city, county and state where the mailing described below

26 took place.

27        I hereby certify that on December 28, 2007, copies of the following documents have been

28 served:

                                    **Original**        CERTIFICATE OF SERVICE

1.  **DEFENDANT M-QUBE, INC. AND DEFENDANT VERISIGN, INC.'S NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT;**

2.  **DEFENDANT M-QUBE, INC. AND DEFENDANT VERISIGN, INC.'S NOTICE OF REMOVAL;**

3.  **DEFENDANT M-QUBE, INC. AND DEFENDANT VERISIGN, INC'S CORPORATE DISCLOSURE STATEMENT;**

4.  **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

5.  **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

6.  **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;**

7.  **WELCOME TO THE U.S. DISTRICT COURT "GUIDELINES"**

8.  **DROP BOX FILING PROCEDURES;**

9.  **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

10.  **STANDING ORDERS FOR MAGISTRATE JUDGE ZIMMERMAN;**

11.  **STANDING ORDERS FOR ALL JUDGES OF THE NORTHERN DISTRICT**

12.  **ECF REGISTRATION INFORMATION HANDOUT**

True and complete copies of the above documents were served on the following counsel by U.S. Mail and by email as follows:

Terry M. Gordon
Law Offices of Terry M. Gordon
Three Harbor Drive
Suite 215
Sausalito, California 94965
Tel:    415-331-3601
Email: TGordon@TGordonLaw.com

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, Chtd.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Tel:    312-427-4000
Email: jgjacobs@thejacobslawfirm.com
Email: bgkolton@thejacobslawfirm.com

-2-

1

Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Boulevard
Suite 1530
Chicago, Illinois 60604
Tel:    312-589-6370
Email: jedelson@kamberedelson.com
Email: mmcguire@kamberedelson.com

*Attorneys for Plaintiff*

2

3

4

5

6

Rhett Traband
Lauren Yelen
Broad & Cassel
One Biscayne Tower
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Tel:    (305) 373-9400
Email: rtraband@broadandcassell.com
Email: lyelen@broadandcassell.com

*Attorneys for Buongiorno USA, Inc.*

7

8

9

10

11

12

13

14

    I declare that I am employed in the office of a member of the bar of this Court at whose

15 direction the service was made. I further declare under penalty of perjury that the above is true and

16 correct, and that this declaration was executed on December 28, 2007 at San Francisco, California.

17

18

19

_____
Carol Grey

20

21

22

23

24

25

26

27

28

-3-