1 | RONALD L. JOHNSTON (State Bar No. 57418)
ronald.johnston@aporter.com
2 | ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
3 | ARNOLD & PORTER LLP
777 South Figueroa Street, Suite 4400
4 | Los Angeles, California 90017
(213) 243-4000
5 |
6 | JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
james.cooper@aporter.com
7 | LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
laura.vandruff@aporter.com
ARNOLD & PORTER LLP
8 | 555 12th Street, NW
Washington, DC 20004
9 | (202) 942-5000

10 | Attorneys for Defendants
m-Qube, Inc. and VeriSign, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals, | ) ) ) | Case No. 3:07-cv-06496-SI |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION TO EXTEND TIME FOR M-QUBE, INC. AND VERISIGN, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | ) ) | |
| M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC., a Florida Corporation, d/b/a BLINKO, | ) ) ) ) ) | **Judge: Honorable Susan Illston** |
| Defendant. | ) ) ) | |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the applicable Federal Rule of Civil Procedure and Local Rules, IT IS HEREBY STIPULATED by and between Defendants M-QUBE, INC. and VERISIGN, INC., and Plaintiff ALIZA VALDEZ, individually and on behalf of an alleged class of similarly situated individuals (collectively "Plaintiffs"), based upon good cause, that M-QUBE, INC. and VERISIGN, INC. are permitted an extension of time (up to and including February 4, 2008) to respond to the Plaintiffs' Complaint.

IT IS SO STIPULATED.

Dated: January 4, 2008

ARNOLD & PORTER LLP

By:  /s/ Angel L. Tang
Ronald L. Johnston (State Bar No. 57418)
Angel L. Tang (State Bar No. 205396)
777 South Figueroa Street, Suite 4400
Los Angeles, California  90017
(213) 243-4000

James Cooper
*Motion for Admission Pro Hac Vice Pending*
Laura Riposo VanDruff
Motion *for Admission Pro Hac Vice Pending*
555 12th Street, NW
Washington, DC  20004
(202) 942-5000

Attorneys *for Defendants m-Qube, Inc. and VeriSign, Inc.*

TERRY M. GORDON

By:  /s/ Terry M. Gordon
Terry M. Gordon
Law Offices of Terry M. Gordon
Three Harbor Drive
Suite 215
Sausalito, California  94965
415-331-3601

Attorneys *for Plaintiffs*

- 2 -

STIPULATION TO EXTEND TIME FOR M-QUBE, INC. AND VERISIGN, INC.
TO RESPOND TO PLAINTIFF'S COMPLAINT