RONALD L. JOHNSTON (State Bar No. 57418)
ronald.johnston@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Suite 4400
Los Angeles, California 90017
(213) 243-4000

JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
james.cooper@aporter.com
LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
laura.vandruff@aporter.com
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
(202) 942-5000

Attorneys for Defendants
m-Qube, Inc. and VeriSign, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC., a Florida Corporation, d/b/a BLINKO,<br><br>Defendant. | Case No. 3:07-cv-06496-SI<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

1  I am a citizen of the United States, over the age of eighteen years, and I am not a party to the
2  foregoing action.  My business address is 777 South Figueroa Street, Suite 4400, Los Angeles,
3  California  90017, which is located in the city, county and state where the mailing described below
4  took place.

5  I hereby certify that on this 4th day of January 2008, copies of the following document have
6  been served:

STIPULATION TO EXTEND TIME FOR M-QUBE, INC. AND VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT

True and complete copies of the above document were served on the following counsel by U.S. Mail and facsimile:

Terry M. Gordon
Law Offices of Terry M. Gordon
Three Harbor Drive, Suite 215
Sausalito, California  94965
Tel:     415-331-3601
Fax:    415-331-1225

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, Chtd.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois  60603
Tel:     312-427-4000
Fax:    312-427-1850

Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois  60604
Tel:     312-589-6370
Fax:    312-873-4610

*Attorneys for Plaintiffs*

Rhett Traband
Lauren Yelen
Broad & Cassel
One Biscayne Tower
2 South Biscayne Blvd., 21st Floor
Miami, Florida  33131
Tel:     (305) 373-9400
Fax:    (305) 373-9443

*Attorneys for Buongiorno USA, Inc.*

1  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I further declare under penalty of perjury that the above is true and correct.

Executed on January 4, 2008 at Los Angeles, California.


By:  /s/ C. Leyla Çambel
C. Leyla Çambel

- 3 -
CERTIFICATE OF SERVICE