UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC.., a Florida corporation d/b/a BLINKO,<br><br>Defendants. | CASE NO.<br><br>**[PROPOSED] ORDER ON DEFENDANT BUONGIORNO, USA, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |

Having considered the papers submitted and arguments presented on Defendant Buongiorno USA, Inc.'s ("Blinko") Unopposed Motion for Enlargement of Time to Respond to Complaint, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

IT IS FURTHER ORDERED THAT Defendant Blinko shall have an additional thirty-one (31) days, up to and including February 4, 2008 to respond to Plaintiff Aliza Valdez's Complaint.

IT IS SO ORDERED.
Dated:

_____
Honorable ~~Bernard Zimmerman~~
United States District Court Judge