1  RONALD L. JOHNSTON (State Bar No. 57418)
   ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, Suite 4400
4  Los Angeles, California  90017
   (213) 243-4000
5

6  JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
   james.cooper@aporter.com
7  LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
   laura.vandruff@aporter.com
   ARNOLD & PORTER LLP
8  555 12th Street, NW
   Washington, DC  20004
9  (202) 942-5000

10 Attorneys for Defendants
   m-Qube, Inc. and VeriSign, Inc.
11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14

15 | ALIZA VALDEZ, individually and on behalf of ) | Case No. 3:07-cv-06496-SI
   | a class of similarly situated individuals,  ) |
16 |                                             ) | **CERTIFICATE OF SERVICE**
   |                    Plaintiff,               ) |
17 |                                             ) |
   |         v.                                  ) |
18 |                                             ) |
   | M-QUBE, INC., a Delaware corporation,       ) |
19 | VERISIGN, INC., a Delaware corporation, and ) |
   | BUONGIORNO USA, INC., a Florida             ) |
20 | Corporation, d/b/a BLINKO,                  ) |
   |                                             ) |
21 |                    Defendant.               ) |
   |                                             ) |
22 |_____) |

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action.  My business address is 777 South Figueroa Street, Suite 4400, Los Angeles, California  90017, which is located in the city, county and state where the mailing described below took place.

I hereby certify that on this 8th day of January 2008, copies of the following document have been served:

**VERISIGN, INC. AND M-QUBE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**

True and complete copies of the above document were served on the following counsel by U.S. Mail:

Terry M. Gordon
Law Offices of Terry M. Gordon
Three Harbor Drive, Suite 215
Sausalito, California  94965
Tel:   415-331-3601
Fax:   415-331-1225

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, Chtd.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois  60603
Tel:   312-427-4000
Fax:   312-427-1850

Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois  60604
Tel:   312-589-6370
Fax:   312-873-4610

*Attorneys for Plaintiffs*

Rhett Traband
Lauren Yelen
Broad & Cassel
One Biscayne Tower
2 South Biscayne Blvd., 21st Floor
Miami, Florida  33131
Tel:   (305) 373-9400
Fax:   (305) 373-9443

*Attorneys for Buongiorno USA, Inc.*

1  I declare that I am employed in the office of a member of the bar of this Court at whose
2  direction the service was made. I further declare under penalty of perjury that the above is true and
3  correct.
4  Executed on January 8, 2008 at Los Angeles, California.

By: /s/ C. Leyla Çambel
     C. Leyla Çambel