1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

*Valdez v. M-Qube, et al.*
*United States District Court- Northern District of California*

*Case Number: C07-06496 BZ*

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date listed below, I served the within documents:

**-JEFFREY R. GELDENS' APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
**-(Proposed) ORDER**

**-RHETT TRABAN APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
**-(Proposed) ORDER**

**- LAUREN ARIELLE YELEN APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
**-(Proposed) ORDER**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*SEE ATTACHED LIST*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 3, 2008, at San Francisco, California.

Digna Toy

-1-

PROOF OF SERVICE

*Valdez v. M-Qube, et al.*
*United States District Court-Northern District of California, Case No. C07-06496 BZ*

PROOF OF SERVICE LIST

| *Attorneys for Plaintiffs* | *Attorneys for Buongiorno USA, INC.* |
|---|---|
| Terry M. Gordon, Esq. | *Co-Counsel* |
| Law Offices of Terry M. Gordon | |
| Three Harbor Drive, Suite 215 | Rhett Traband, Esq. |
| Sausalito, CA 94965 | Lauren Yelen, Esq. |
| Tel: 415-331-3601 | Broad & Cassel |
| Email: tgordon@tgordonlaw.com | One Biscayne Tower |
| | @ South Biscayne Blvd., 21st Fl. |
| *Co-counsel:* | Miami, Florida 33131 |
| John G. Jacobs, Esq. | Tel: 305-373-9400 |
| Bryan G. Kolton, Esq. | Email: rtraband@broadandcassell.com |
| The Jacobs Law Firm, Chtd. | Email: lyelen@broadandcassell.com |
| 122 South Michigan Ave., Suite 1850 | |
| Chicago, ILL 60603 | |
| Tel: 312-427-5000 | |
| Email: jgjacobs@thejacobslawfirm.com | |
| Email: bgkolton@thejacobslawfirm.com | |
| | |
| *Co-Counsel:* | |
| Jay Edelson, Esq. | |
| Mayles McGuire, Esq. | |
| KamberEdelson, LLC | |
| 53 West Jackson Blvd., Suite 1530 | |
| Chicago, Ill 60604 | |
| Tel: 312-589-6370 | |
| Email: jedelson@kamberedelson.com | |
| Email: mmcguire@kamberedelson.com | |
| | |
| *Attorneys for m-Qube, Inc. and VeriSign, Inc.* | |
| Ronald L. Johnson, Esq. | |
| Angel L. Tank, Esq. | |
| Arnold & Porter LLP | |
| 777 S. Figueroa St., Suite 4400 | |
| Los Angeles, CA 90017 | |
| Tel: 213-243-4000 | |
| Email: Ronald.johnson@aporter.com | |
| Email: angel.tang@aporter.com | |
| | |
| | |
| | |

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

## Other Documents

3:07-cv-06496-BZ Valdez v. m-Qube, Inc. et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Evia, Aristotle entered on 1/3/2008 11:54 AM PST and filed on 1/3/2008
**Case Name:**       Valdez v. m-Qube, Inc. et al
**Case Number:**    3:07-cv-6496
**Filer:**             Buongiorno USA, Inc.
**Document Number:** 10

**Docket Text:**
**ASSOCIATION of Counsel *Pro Hac Vice* for *Rhett Traband* by Buongiorno USA, Inc..
(Evia, Aristotle) (Filed on 1/3/2008)**

**3:07-cv-6496 Notice has been electronically mailed to:**

Aristotle Eder Evia    aevia@gordonrees.com

Terry M. Gordon    Tgordon@tgordonlaw.com, jryan@tgordonlaw.com

John G. Jacobs    jgjacobs@thejacobslawfirm.com, vmbrunner@thejacobslawfirm.com

Ronald L. Johnston    Ronald_Johnston@APorter.com

Bryan G. Kolton    bgkolton@thejacobslawfirm.com, smcook@thejacobslawfirm.com

Myles P. McGuire    myles@blimlaw.com

Angel Lisa Tang    Angel_Tang@aporter.com, James_Cooper@aporter.com,
Laura_Riposo_VanDruff@aporter.com, Lorraine_Danielson@aporter.com,
Ronald_Johnston@aporter.com

**3:07-cv-6496 Notice has been delivered by other means to:**

James Cooper
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004-1206

Jay Edelson
KamberEdelson, LLP
53 West Jackson Blvd., Suite 1530
Chicago, IL 60604

Laura Riposo Vandruff
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**H:\My Documents\Traban Application.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/3/2008] [FileNumber=4023289-0] [
a7a819701599d0bca82b9ec2cd77073ece8f04d2185954fead9f67c8dec4bba13f0824
e2771a6da039a11d47935db0c10ceca80daccf7f4f907ebb143e940759]]

**Other Documents**
3:07-cv-06496-BZ Valdez v. m-Qube, Inc. et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Evia, Aristotle entered on 1/3/2008 11:56 AM PST and filed on 1/3/2008
**Case Name:**       Valdez v. m-Qube, Inc. et al
**Case Number:**    3:07-cv-6496
**Filer:**           Buongiorno USA, Inc.
**Document Number:** 11

**Docket Text:**
**ASSOCIATION of Counsel *Pro Hac Vice for Lauren Yelen* by Buongiorno USA, Inc..**
**(Evia, Aristotle) (Filed on 1/3/2008)**

**3:07-cv-6496 Notice has been electronically mailed to:**

Aristotle Eder Evia    aevia@gordonrees.com

Terry M. Gordon    Tgordon@tgordonlaw.com, jryan@tgordonlaw.com

John G. Jacobs    jgjacobs@thejacobslawfirm.com, vmbrunner@thejacobslawfirm.com

Ronald L. Johnston    Ronald_Johnston@APorter.com

Bryan G. Kolton     bgkolton@thejacobslawfirm.com, smcook@thejacobslawfirm.com

Myles P. McGuire     myles@blimlaw.com

Angel Lisa Tang     Angel_Tang@aporter.com, James_Cooper@aporter.com,
Laura_Riposo_VanDruff@aporter.com, Lorraine_Danielson@aporter.com,
Ronald_Johnston@aporter.com

**3:07-cv-6496 Notice has been delivered by other means to:**

James Cooper
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004-1206

Jay Edelson
KamberEdelson, LLP
53 West Jackson Blvd., Suite 1530
Chicago, IL 60604

Laura Riposo Vandruff
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**H:\My Documents\Yelens Application.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/3/2008] [FileNumber=4023300-0] [
51d846b225f284c989c66d12e4c71224df830f948095161e125759c9d0273ba83db700
641944a536d94b5337d5088c79689c39d1ff4e56e6711ea40513a0ada4]]

## Other Documents
3:07-cv-06496-BZ Valdez v. m-Qube, Inc. et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Evia, Aristotle entered on 1/3/2008 11:57 AM PST and filed on 1/3/2008
**Case Name:**        Valdez v. m-Qube, Inc. et al
**Case Number:**     3:07-cv-6496
**Filer:**              Buongiorno USA, Inc.
**Document Number:** 12

**Docket Text:**
**ASSOCIATION of Counsel *Pro Hac Vice for Jeffrey Geldens* by Buongiorno USA, Inc.. (Evia, Aristotle) (Filed on 1/3/2008)**

**3:07-cv-6496 Notice has been electronically mailed to:**

Aristotle Eder Evia    aevia@gordonrees.com

Terry M. Gordon    Tgordon@tgordonlaw.com, jryan@tgordonlaw.com

John G. Jacobs    jgjacobs@thejacobslawfirm.com, vmbrunner@thejacobslawfirm.com

Ronald L. Johnston    Ronald_Johnston@APorter.com

Bryan G. Kolton    bgkolton@thejacobslawfirm.com, smcook@thejacobslawfirm.com

Myles P. McGuire    myles@blimlaw.com

Angel Lisa Tang    Angel_Tang@aporter.com, James_Cooper@aporter.com,
Laura_Riposo_VanDruff@aporter.com, Lorraine_Danielson@aporter.com,
Ronald_Johnston@aporter.com

**3:07-cv-6496 Notice has been delivered by other means to:**

James Cooper
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004-1206

Jay Edelson
KamberEdelson, LLP
53 West Jackson Blvd., Suite 1530
Chicago, IL 60604

Laura Riposo Vandruff
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**H:\My Documents\Geldens Application.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/3/2008] [FileNumber=4023309-0] [
74e16743d9b4574f9b71fcf8ddf8f0048a9c275e79e5adbee9e24d6d2315db506a1ea9
b52b5e1044ebfcc3e33279e5b04482a0988a390763ddcd27759c47d40c]]

## Service of Process:

3:07-cv-06496-BZ Valdez v. m-Qube, Inc. et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Evia, Aristotle entered on 1/3/2008 12:00 PM PST and filed on 1/3/2008

**Case Name:**      Valdez v. m-Qube, Inc. et al
**Case Number:**    3:07-cv-6496
**Filer:**          Buongiorno USA, Inc.
**Document Number:** 13

**Docket Text:**
**CERTIFICATE OF SERVICE by Buongiorno USA, Inc. re [10] Association of Counsel, [11] Association of Counsel, [12] Association of Counsel Broad & Cassel (Evia, Aristotle) (Filed on 1/3/2008)**

**3:07-cv-6496 Notice has been electronically mailed to:**

Aristotle Eder Evia    aevia@gordonrees.com

Terry M. Gordon    Tgordon@tgordonlaw.com, jryan@tgordonlaw.com

John G. Jacobs    jgjacobs@thejacobslawfirm.com, vmbrunner@thejacobslawfirm.com

https://ecf.cand.uscourts.gov/cgi-bin/Dispatch.pl?606822914578627    1/3/2008

Ronald L. Johnston    Ronald_Johnston@APorter.com

Bryan G. Kolton    bgkolton@thejacobslawfirm.com, smcook@thejacobslawfirm.com

Myles P. McGuire    myles@blimlaw.com

Angel Lisa Tang    Angel_Tang@aporter.com, James_Cooper@aporter.com, Laura_Riposo_VanDruff@aporter.com, Lorraine_Danielson@aporter.com, Ronald_Johnston@aporter.com

**3:07-cv-6496 Notice has been delivered by other means to:**

James Cooper
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004-1206

Jay Edelson
KamberEdelson, LLP
53 West Jackson Blvd., Suite 1530
Chicago, IL 60604

Laura Riposo Vandruff
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\My Documents\Application Proof.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/3/2008] [FileNumber=4023332-0] [ 1b4cc67160485552b6b196d7e80581c1658b52ef426a3409ace55385753d769ca211c5 48fd8898fa8fcda45a95eb9ec03d14691a82adfa8ce6572b92775f5d8a]]
CMECF.widgit.ProcessingWindowDestroy() le>