TERRY M. GORDON - SBN 75604
LAW OFFICES OF TERRY M. GORDON
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone:    (415) 331-3601
Facsimile:    (415) 331-1225

JOHN G. JACOBS (PENDING *PRO HAC VICE*)
BRYAN G. KOLTON (PENDING *PRO HAC VICE*)
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

JAY EDELSON ( PENDING *PRO HAC VICE*)
MYLES MCGUIRE (PENDING *PRO HAC VICE*)
ELIZABETH MACKEY (PENDING *PRO HAC VICE*)
JOHN BLIM (Of Counsel) (PENDING *PRO HAC VICE*)
KAMBEREDLESON, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370
Facsimile: (312) 873-4610

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC., a Florida Corporation, d/b/a BLINKO,<br><br>　　　　　　　Defendants. | Case No. CV 07-06496 SI<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>Hearing Date: Feb. 22, 2008<br>Time:　　　　9:00 a.m.<br>Dept.　　　　Crtrm. 10, 19th Flr.<br><br>The Hon. Susan Illston<br><br>**CLASS ACTION** |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**
**Case No. C-07-06496 SI**

1  TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:

2      PLEASE TAKE NOTICE that on February 22, 2008, at 9:00 a.m., in Courtroom 10
3  of the above-entitled Court, Plaintiff Aliza Valdez, individually and on behalf of a class of
4  similarly situated individuals, will appear before the Honorable Susan Illston, and then and
5  there present her Motion to Remand:

6      1.    Pursuant to the provisions of 28 U.S.C. § 1447( c), Plaintiff moves to have
7  this case remanded to the Superior Court of San Francisco County, California.  Defendants'
8  removal of this case from that court to this Court was improper and contrary to well-
9  established law on the subject.  This Court lacks subject-matter jurisdiction over the case.
10 The case should be forthwith remanded to the Superior Court of San Francisco County,
11 California, and with attorney's fees awarded to Plaintiff.

12     2.    The burden is on Defendants to show by a preponderance of the evidence that
13 removal is proper, and it cannot sustain that burden.  Defendants suggest two bases for
14 jurisdiction in this Court to support removal:  (a) CAFA (28 U.S.C. §§ 1332(d) and 1453),
15 and (b) supplemental jurisdiction under 28 U.S.C. § 1367 (a).  As is set forth in Plaintiff's
16 contemporaneously-filed Memorandum In Support Of Plaintiff's Motion To Remand, neither
17 basis can be countenanced.  Defendants fail to satisfy their burden of proving that claimed
18 damages are in excess of $5 million as required for CAFA removal, and, as a matter of law,
19 Defendants cannot rely upon 28 U.S.C. § 1367(a) to support jurisdiction in this Court.

20     3.    Plaintiff incorporates herein by reference her Memorandum In Support Of
21 Plaintiff's Motion To Remand.

22     This Motion will be based on this Notice and Motion, and the supporting
23 Memorandum filed herewith, and on the files and records of this Court, and such argument as
24 may be permitted at the hearing.

25     WHEREFORE, it is respectfully requested that this Court forthwith remand this
26 action to the Superior Court of San Francisco County, California, from whence it was

27
28

improperly removed, and that the Court award Plaintiff her attorney's fees and such further or additional relief as the Court shall deem appropriate.

                    Respectfully submitted,

Dated: January 9, 2008           LAW OFFICES OF TERRY M. GORDON

By: /s/ Terry M. Gordon
    TERRY M. GORDON
    One of the Attorneys for ALIZA
    VALDEZ, individually and on behalf of
    a class of similarly situated individuals

---

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**
**Case No. C-07-06496 SI**
- 3 -