1  TERRY M. GORDON - SBN 75604
   LAW OFFICES OF TERRY M. GORDON
2  Three Harbor Drive, Suite 215
   Sausalito, California  94965
3  Telephone:     (415) 331-3601
   Facsimile:     (415) 331-1225
4

5  JOHN G. JACOBS (PENDING *PRO HAC VICE*)
   BRYAN G. KOLTON (PENDING *PRO HAC VICE*)
   THE JACOBS LAW FIRM, CHTD.
6  122 South Michigan Avenue
   Suite 1850
7  Chicago, Illinois 60603
   Telephone: (312) 427-4000
8  Facsimile: (312) 427-1850

9  JAY EDELSON ( PENDING *PRO HAC VICE*)
   MYLES MCGUIRE (PENDING *PRO HAC VICE*)
10 ELIZABETH MACKEY (PENDING *PRO HAC VICE*)
   JOHN BLIM (Of Counsel) (PENDING *PRO HAC VICE*)
11 KAMBEREDLESON, LLC
   53 West Jackson Boulevard, Suite 1530
12 Chicago, Illinois 60604
   Telephone: (312) 589-6370
13 Facsimile: (312)  873-4610

14 ATTORNEYS FOR PLAINTIFF

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals, ) | Case No. CV 07-06496 SI |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| v. ) | |
| ) | Hearing Date: Feb. 22, 2008 |
| M-QUBE, INC., a Delaware corporation, ) | Time:           9:00 a.m. |
| VERISIGN, INC., a Delaware corporation, ) | Dept.           Crtrm. 10, 19th Flr. |
| and BUONGIORNO USA, INC., a Florida ) | |
| Corporation, d/b/a BLINKO, ) | The Hon. Susan Illston |
| ) | |
| Defendants. ) | **CLASS ACTION** |
| ) | |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**
**Case No. C-07-6496 SI**

1   This matter came before the Court on Plaintiff's Motion to Remand.  The matter
2  having been fully briefed, the Court being fully advised of the premises, and good cause
3  appearing, the Court rules as follows:
4   Plaintiff's Motion is GRANTED.  Defendants' removal was wrong as a matter of
5  law.  Plaintiff is awarded her attorney's fees.  This case is remanded to the Superior Court of
6  the State of California, County of San Francisco.
7   IT IS SO ORDERED.

Dated:                                             By: _____

                                                   Susan Illston
                                                   United States District Judge