```
 1  FLETCHER C. ALFORD (State Bar No. 152314)
    falford@gordonrees.com
 2  ARISTOTLE E. EVIA (State Bar No. 211483)
    aevia@gordonrees.com
 3  RYAN B. POLK (State Bar No. 230769)
    rpolk@gordonrees.com
 4  GORDON & REES LLP
    275 Battery Street, Suite 2000
 5  San Francisco, CA 94111
    Phone: 415.986.5900
 6  Fax: 415.986.8054

 7  RHETT TRABAND (admitted PRO HAC VICE)
    rtraband@broadandcassel.com
 8  BROAD AND CASSEL
    2 South Biscayne Blvd., Suite 2100
 9  Miami, Florida 33131
    Tel: 305.373.9476
10  Fax: 305.373.9443

11  Attorneys for Defendant
    BUONGIORNO USA, INC.
12
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC.., a Florida corporation d/b/a BLINKO,<br><br>Defendants. | CASE NO. C07-06496 SI<br><br>BOUNGIORNO USA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16 |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding;

1. Buongiorno USA, Inc., doing business as Blinko; and

2. Buongiorno USA, Inc.

Dated: January 23, 2008

FLETCHER C. ALFORD (State Bar No. 152314)
ARISTOTLE E. EVIA (State Bar No. 211483)
RYAN B. POLK (State Bar No. 230769)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone: 415.986.5900
Fax: 415.986.8054

RHETT TRABAND (admitted PRO HAC VICE)
BROAD AND CASSEL
2 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
Tel: 305.373.9476
Fax: 305.373.9443

By: /s/ Aristotle E. Evia
ARISTOTLE E. EVIA
Attorneys for Defendant
BUONGIORNO USA, INC.

MIA1\COMMLIT\382590.1
35187/0006

*Valdez v. M-Qube, et al.*
United States District Court- Northern District of California

Case Number: C07-06496 SI

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date listed below, I served the within documents:

**BUONGIORNO USA, INC.'s CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*SEE ATTACHED LIST*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 23, 2008, at San Francisco, California.

_____
Digna Toy

-1-
PROOF OF SERVICE

*Valdez v. M-Qube, et al.*
United States District Court-Northern District of California, Case No. C07-06496 SI

PROOF OF SERVICE LIST

| Attorneys for Plaintiffs | Attorneys for Buongiorno USA, INC. |
|---|---|
| Terry M. Gordon, Esq.<br>Law Offices of Terry M. Gordon<br>Three Harbor Drive, Suite 215<br>Sausalito, CA 94965<br>Tel: 415-331-3601<br>Email: tgordon@tgordonlaw.com<br><br>*Co-counsel:*<br>John G. Jacobs, Esq.<br>Bryan G. Kolton, Esq.<br>The Jacobs Law Firm, Chtd.<br>122 South Michigan Ave., Suite 1850<br>Chicago, ILL 60603<br>Tel: 312-427-5000<br>Email: jgjacobs@thejacobslawfirm.com<br>Email: bgkolton@thejacobslawfirm.com<br><br>*Co-Counsel:*<br>Jay Edelson, Esq.<br>Mayles McGuire, Esq.<br>KamberEdelson, LLC<br>53 West Jackson Blvd., Suite 1530<br>Chicago, Ill 60604<br>Tel: 312-589-6370<br>Email: jedelson@kamberedelson.com<br>Email: mmcguire@kamberedelson.com | *Co-Counsel*<br><br>Rhett Traband, Esq.<br>Lauren Yelen, Esq.<br>Broad & Cassel<br>One Biscayne Tower<br>@ South Biscayne Blvd., 21st Fl.<br>Miami, Florida 33131<br>Tel: 305-373-9400<br>Email: rtraband@broadandcassell.com<br>Email: lyelen@broadandcassell.com |
| *Attorneys for m-Qube, Inc. and VeriSign, Inc.*<br>Ronald L. Johnson, Esq.<br>Angel L. Tank, Esq.<br>Arnold & Porter LLP<br>777 S. Figueroa St., Suite 4400<br>Los Angeles, CA 90017<br>Tel: 213-243-4000<br>Email: Ronald.johnson@aporter.com<br>Email: angel.tang@aporter.com | |