ORIGINAL

Laura Riposo VanDruff
Arnold & Porter LLP
555 Twelfth Street
Washington, DC 20004-1206
(202) 942-6312

Clerk's Use Only
Initial for fee pd.:

FILED

JAN 25 P 12: 31

U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Aliza Valdez, individually, and on behalf of a
class of similarly situated individuals,

          Plaintiff,

          v.

M-Qube, Inc., a Delaware corporation, VeriSign,
Inc., a Delaware corporation, and Buongiorno
USA, Inc., a Florida Corporation, d/b/a Blinko,

          Defendants.

**CASE NO. 3-07-CV-06496 SI**

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Laura Riposo VanDruff, an active member in good standing of
the bar of the District of Columbia, hereby applies for admission to practice in the Northern District
of California on a pro hac vice basis representing defendants VeriSign, Inc., a Delaware corporation
and M-Qube, Inc., a Delaware corporation in the above-entitled action.

In support of this application, I certify on oath that:

452943

American LegalNet, Inc.
www.FormsWorkflow.com

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Angel L. Tang
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
(213) 243-4000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2008

Laura Riposo VanDruff

452943

ORIGINAL

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JAN 25

CLERK, U.S.
NORTHERN DISTRICT COURT

Aliza Valdez, individually, and on behalf of
a class of similarly situated individuals,

Plaintiff,

v.

M-Qube, Inc., a Delaware corporation,
VeriSign, Inc., a Delaware corporation, and
Buongiorno USA, Inc., a Florida
Corporation, d/b/a Blinko,

Defendants.

CASE NO.  3-07-CV-06496 SI

**(PROPOSED) ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE***

Laura Riposo VanDruff, an active member in good standing of the bar of the District of

Columbia, whose business address and telephone number is:  Arnold & Porter LLP, 555 Twelfth

Street, Washington, DC 2004-1206, (202) 942-6312, having applied in the above-entitled action

for admission to practice in the Northern District of California on a *pro hac vice* basis,

representing defendants VeriSign, Inc., a Delaware corporation and M-Qube, Inc., a Delaware

corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac

vice*.  Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party.  All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____

United States Magistrate Judge

452942

American LegalNet, Inc.
www.FormsWorkflow.com