| | |
|---|---|
| 1 | RONALD L. JOHNSTON (State Bar No. 57418) |
|   | ronald.johnson@aporter.com |
| 2 | ANGEL L. TANG (State Bar No. 205396) |
|   | angel.tang@aporter.com |
| 3 | ARNOLD & PORTER LLP |
|   | 777 S. Figueroa Street, Suite 4400 |
| 4 | Los Angeles, CA 90017 |
|   | (213) 243-4000 |
| 5 | |
| 6 | JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending) |
|   | james.cooper@aporter.com |
| 7 | LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending) |
|   | laura.vandruff@aporter.com |
|   | ARNOLD & PORTER LLP |
| 8 | 555 12th Street, NW |
|   | Washington, DC 20004 |
| 9 | (202) 942-5000 |
| 10 | *Attorneys for Defendants* |
|   | *m-Qube, Inc. and VeriSign, Inc.* |
| 11 | |
|   | [Additional Counsel Listed Below] |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals, | ) ) ) | Case No. 3:07-cv-06496-SI |
| Plaintiff, | ) ) | **STIPULATION TO EXTEND TIME FOR DEFENDANTS M-QUBE, INC., VERISIGN, INC., AND BUONGIORNO USA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | ) ) ) | |
| M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC., a Florida Corporation, d/b/a BLINKO, | ) ) ) ) ) | |
| Defendants. | ) ) | **Judge: Honorable Susan Illston** |

- 1 -

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

1  TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      Pursuant to the applicable Federal Rules of Civil Procedure and Local Rules, IT IS
3  HEREBY STIPULATED by and between Defendants M-QUBE, INC., VERISIGN, INC., and
4  BUONGIORNO USA, INC., and Plaintiff ALIZA VALDEZ, individually and on behalf of an
5  alleged class of similarly situated individuals (collectively "Plaintiff"), based upon good cause, that
6  Defendants M-QUBE, INC., VERISIGN, INC., and BUONGIORNO USA, INC. shall receive an
7  extension of time from February 4 to March 7, 2008 to respond to Plaintiff's Complaint.

8      IT IS SO STIPULATED

9  Dated: January 25 2008          ARNOLD & PORTER LLP

By: /s/ Angel L. Tang
Ronald L. Johnston (State Bar No. 57418)
Angel L. Tang (State Bar No. 205396)
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

James Cooper
*Motion for Admission Pro Hac Vice Pending*
Laura Riposo VanDruff
*Motion for Admission Pro Hac Vice Pending*
555 12th Street, NW
Washington, D.C. 20004
(202) 942-5000

*Attorneys for Defendants
m-Qube, Inc. and VeriSign, Inc.*


GORDON & REES LLP

By: /s/ Fletcher C. Alford
FLETCHER C. ALFORD (State Bar No. 152314)
*falford@gordonrees.com*
ARISTOTLE E. EVIA (State Bar No. 211483)
*aevia@gordonrees.com*
RYAN B. POLK (State Bar No. 230769)
*rpolk@gordonrees.com*
GORDON & REES LLP
275 Battery Street
San Francisco, CA 94111
(415) 986-5900

*Attorneys for Defendant
Buongiorno USA, Inc.*

- 2 -

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

BROAD AND CASSEL

By: /s/ Rhett Traband
RHETT TRABAND
*rtraband@broadandcassel.com*
BROAD AND CASSEL
2 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
(305) 373-9476

*Attorneys for Defendant*
*Boungiorno USA, Inc*


KAMBEREDELSON, LLC

By: /s/ Jay Edelson
Jay Edelson
Myles McGuire
Elizabeth Mackey
John Blim
Kamberedleson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
(312) 589-6370


LAW OFFICES OF TERRY M. GORDON

By: /s/ Terry M. Gordon
Terry M. Gordon
Law Offices of Terry M. Gordon
Three Harbor Drive
Suite 215
Sausalito, California 94965
(415) 331-3601

*Attorneys for Plaintiff*
*Aliza Valdez, individually and on behalf of a class of*
*similarly situated individuals*

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

## PROOF OF SERVICE

State of California      )
                         ) SS.
County of Los Angeles    )

RE:   Aliza Valdez v. M-Qube, Inc., et al

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Arnold & Porter, 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017. On January 25, 2008, the following document described as **STIPULATION TO EXTEND TIME FOR DEFENDANTS M-QUBE, INC., VERISIGN, INC., AND BUONGIORNO USA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system and caused it to be electronically served on all counsel.

True and complete copies of the above document were also served by U.S. Mail on all counsel as follows:

LAW OFFICES OF TERRY M. GORDON
Terry M. Gordon
Three Harbor Drive
Suite 215
Sausalito, California 94965
(415) 331-3601

THE JACOBS LAW FIRM, CHTD.
John G. Jacobs
Bryan G. Kolton
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
(312) 427-4000

KAMBEREDELSON, LLC
Jay Edelson
Myles McGuire
Elizabeth Mackey
John Blim
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
(312) 589-6370

*Attorneys for Plaintiff*
*Aliza Valdez, individually and on behalf of a class of similarly situated individuals*

GORDON & REES LLP
Fletcher C. Alford
Aristotle E. Evia
Ryan B. Polk
275 Battery Street
San Francisco, CA 94111
(415) 986-5900

BROAD AND CASSEL
Rhett Traband
2 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
(305) 373-9476

*Attorneys for Defendant*
*Boungiorno USA, Inc*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I further declare under penalty of perjury that the above is true and correct.

Executed on January 25. 2008 at Los Angeles, California.


By: /s/ Lorraine Danielson
Lorraine Danielson

- 2 -

PROOF OF SERVICE