1  RONALD L. JOHNSTON (State Bar No. 57418)
   ronald.johnson@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 S. Figueroa Street, Suite 4400
4  Los Angeles, CA 90017
   (213) 243-4000
5
   JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
6  james.cooper@aporter.com
   LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
7  laura.vandruff@aporter.com
   ARNOLD & PORTER LLP
8  555 12th Street, NW
   Washington, DC 20004
9  (202) 942-5000

10 *Attorneys for Defendants*
   *m-Qube, Inc. and VeriSign, Inc.*
11
   [Additional Counsel Listed Below]
12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16 ALIZA VALDEZ, individually and on behalf of )   Case No.  3:07-cv-06496-SI
   a class of similarly situated individuals,    )
17                                               )
                    Plaintiff,                   )   **STIPULATION TO EXTEND TIME**
18                                               )   **FOR DEFENDANTS M-QUBE, INC.,**
   v.                                            )   **VERISIGN, INC., AND BUONGIORNO**
19                                               )   **USA, INC. TO RESPOND TO**
   M-QUBE, INC., a Delaware corporation,         )   **PLAINTIFF'S MOTION TO REMAND;**
   VERISIGN, INC., a Delaware corporation,       )   **DECLARATION OF ANGEL L. TANG**
20 and BUONGIORNO USA, INC., a Florida           )
   Corporation, d/b/a BLINKO,                    )
21                                               )   **Judge: Honorable Susan Illston**
                    Defendants.                  )
22                                               )
                                                 )
23                                               )
                                                 )
24                                               )

25

26

27

28                              - 1 -

1    TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2        The parties, by and through their respective attorneys of record, hereby stipulate and agree

3    to the following:

4        1.    The parties hereby stipulate that Defendants are permitted an extension of time, up to

5    and including February 15, 2008, to respond to Plaintiff Aliza Valdez's Motion to Remand.

6

7        2.    The parties further stipulate that Plaintiff Aliza Valdez will file her reply brief to

     Defendants' respective opposition briefs no later than February 22, 2008.

8

9        3.    The parties further stipulate that the hearing regarding Plaintiff Aliza Valdez 's

10   Motion to Remand will be held on February 29, 2008.

11

     IT IS SO STIPULATED.

12

     Dated:  January 25, 2008                    ARNOLD & PORTER LLP

13

14                                               By: /s/ Angel L. Tang
                                                 Ronald L. Johnston (State Bar No. 57418)
15                                               Angel L. Tang (State Bar No. 205396)
                                                 777 S. Figueroa Street, Suite 4400
16                                               Los Angeles, CA 90017
                                                 (213) 243-4000
17
                                                 James Cooper
18                                               *Motion for Admission Pro Hac Vice Pending*
                                                 Laura Riposo VanDruff
19                                               *Motion for Admission Pro Hac Vice Pending*
                                                 555 12th Street, NW
20                                               Washington, D.C. 20004
                                                 (202) 942-5000
21
                                                 *Attorneys for Defendants*
22                                               *m-Qube, Inc. and VeriSign, Inc.*

23

24

25

26

27

28                                              - 2 -

GORDON & REES LLP

By:  /s/  Fletcher C. Alford
FLETCHER C. ALFORD (State Bar No. 152314)
*falford@gordonrees.com*
ARISTOTLE E. EVIA (State Bar No. 211483)
*aevia@gordonrees.com*
RYAN B. POLK (State Bar No. 230769)
*rpolk@gordonrees.com*
GORDON & REES LLP
275 Battery Street
San Francisco, CA 94111
(415) 986-5900


BROAD AND CASSEL

By:  /s/  Rhett Traband
RHETT TRABAND
*rtraband@broadandcassel.com*
BROAD AND CASSEL
2 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
(305) 373-9476

*Attorneys for Defendant*
*Boungiorno USA, Inc*


KAMBEREDLESON, LLC

By: /s/ Jay Edelson
Jay Edelson
Myles McGuire
Elizabeth Mackey
John Blim
Kamberedleson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
(312) 589-6370


LAW OFFICES OF TERRY M. GORDON

By: /s/ Terry M. Gordon
Terry M. Gordon
Law Offices of Terry M. Gordon
Three Harbor Drive
Suite 215
Sausalito, California  94965
(415) 331-3601

*Attorneys for Plaintiff*
*Aliza Valdez, individually and on behalf of a class of*
*similarly situated individuals*

- 3 -

STIPULATION TO EXTEND TIME FOR DEFENDANTS  TO RESPOND TO PLAINTIFF'S MOTION TO
REMAND; DECLARATION OF ANGEL L. TANG

1

## DECLARATION OF ANGEL L. TANG

2

I, Angel L. Tang, declare as follows:

3      1.      I am a member of the Bar of State of California and admitted to practice before this

4   Court. I am an associate in the firm of Arnold & Porter LLP, attorneys of record for Defendants m-

5   Qube, Inc and VeriSign, Inc. I make this declaration of my own personal knowledge, and if called

6   would testify to the matters set forth therein.

7      2.      Pursuant to Civil Local Rule 6-2(a) (1), Defendants have requested an extension of

8   time to respond to Plaintiff's Motion to Remand in order to allow adequate time to brief the issues

9   presented and obtain the necessary factual evidence to support Defendants' respective Oppositions

10   to Plaintiff's Motion to Remand.

11      3.      Pursuant to Civil Local Rule 6-2(a) (2), there have been no previous modifications of

12   time in this case, either by stipulation of the parties or by court order, except to continue the

13   Defendants' answer deadline.

14      4.      Pursuant to Civil Local Rule 6-2(a) (3), the schedule for this case will be modified so

15   that the hearing date, originally scheduled for February 22, 2008, will be moved to February 29,

16   2008. Defendants' opposition briefs shall become due on February 15, 2008, and Plaintiff's reply

17   briefs shall become due on February 22, 2008.

18      I declare under penalty of perjury of the laws of the United States of America that the

19   foregoing is true and correct. Executed on January 25, 2008 in Los Angeles, California.

20

21                                  /s/  Angel L. Tang
                                    Angel L. Tang

22

23

24

25   453966

26

27

28                                  - 4 -

## PROOF OF SERVICE

1

2  State of California        )
                              ) SS.
3  County of Los Angeles      )

4

5  RE:    Aliza Valdez v. M-Qube, Inc., et al

6      I am employed in the County of Los Angeles, State of California.  I am over the age of 18

7  and not a party to the within action.  My business address is Arnold & Porter, 777 South Figueroa

8  Street, 44th Floor, Los Angeles, California 90017.  On January 25, 2008, the following document

9  described as **STIPULATION TO EXTEND TIME FOR DEFENDANTS M-QUBE, INC.,**

10 **VERISIGN, INC., AND BUONGIORNO USA, INC. TO RESPOND TO PLAINTIFF'S**

11 **MOTION TO REMAND; DECLARATION OF ANGEL L. TANG** was electronically filed with

12 the Clerk of the Court using the CM/ECF system and caused it to be electronically served on all

13 counsel.

14     True and complete copies of the above document were also served by U.S. Mail on all

15 counsel as follows:

16

17

18                          LAW OFFICES OF TERRY M. GORDON
                            Terry M. Gordon
19                          Three Harbor Drive
                            Suite 215
20                          Sausalito, California  94965
                            (415) 331-3601
21
                            THE JACOBS LAW FIRM, CHTD.
22                          John G. Jacobs
                            Bryan G. Kolton
23                          122 South Michigan Avenue, Suite 1850
                            Chicago, Illinois  60603
24                          (312) 427-4000

25

26

27

28

---

PROOF OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAMBEREDELSON, LLC
Jay Edelson
Myles McGuire
Elizabeth Mackey
John Blim
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
(312) 589-6370

*Attorneys for Plaintiff*
*Aliza Valdez, individually and on behalf of a class of*
*similarly situated individuals*

GORDON & REES LLP
Fletcher C. Alford
Aristotle E. Evia
Ryan B. Polk
275 Battery Street
San Francisco, CA 94111
(415) 986-5900

BROAD AND CASSEL
Rhett Traband
2 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
(305) 373-9476

*Attorneys for Defendant*
*Boungiorno USA, Inc*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I further declare under penalty of perjury that the above is true and correct.

Executed on January 25. 2008 at Los Angeles, California.


By: /s/ Lorraine Danielson
Lorraine Danielson

-2-