| | |
|---|---|
| 1 | RONALD L. JOHNSTON (State Bar No. 57418) |
|  | ronald.johnson@aporter.com |
| 2 | ANGEL L. TANG (State Bar No. 205396) |
|  | angel.tang@aporter.com |
| 3 | ARNOLD & PORTER LLP |
|  | 777 S. Figueroa Street, Suite 4400 |
| 4 | Los Angeles, CA 90017 |
|  | (213) 243-4000 |
| 5 | |
|  | JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending) |
| 6 | james.cooper@aporter.com |
|  | LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending) |
| 7 | laura.vandruff@aporter.com |
|  | ARNOLD & PORTER LLP |
| 8 | 555 12th Street, NW |
|  | Washington, DC 20004 |
| 9 | (202) 942-5000 |

*Attorneys for Defendants*
*m-Qube, Inc. and VeriSign, Inc.*

[Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals, | Case No. 3:07-cv-06496-SI |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS M-QUBE, INC., VERISIGN, INC., AND BUONGIORNO USA, INC. TO RESPOND TO PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC., a Florida Corporation, d/b/a BLINKO, | |
| Defendants. | **Judge: Honorable Susan Illston** |

- 1 -

Based upon the Stipulation of the parties and for good cause shown, it is ordered as follows:

1. Defendants are permitted an extension of time, up to and including February 15, 2008, to respond to Plaintiff Aliza Valdez's Motion to Remand.

2. Plaintiff Aliza Valdez will file her reply briefs to Defendants' respective oppositions no later than February 22, 2008.

3. The hearing regarding Plaintiff Aliza Valdez's Motion to Remand will be held on February 29, 2008.

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: _____                    _____
                                                  THE HONORABLE SUSAN ILLSTON

453949v.2

# PROOF OF SERVICE

State of California        )
                           ) SS.
County of Los Angeles      )

RE:   Aliza Valdez v. M-Qube, Inc., et al

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Arnold & Porter, 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017. On January 25, 2008, the following document described as **[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS M-QUBE, INC., VERISIGN, INC., AND BUONGIORNO USA, INC. TO RESPOND TO PLAINTIFF'S MOTION TO REMAND** was electronically filed with the Clerk of the Court using the CM/ECF system and caused it to be electronically served on all counsel.

True and complete copies of the above document were also served by U.S. Mail on all counsel as follows:

LAW OFFICES OF TERRY M. GORDON
Terry M. Gordon
Three Harbor Drive
Suite 215
Sausalito, California 94965
(415) 331-3601

THE JACOBS LAW FIRM, CHTD.
John G. Jacobs
Bryan G. Kolton
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
(312) 427-4000

KAMBEREDELSON, LLC
Jay Edelson
Myles McGuire
Elizabeth Mackey
John Blim
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
(312) 589-6370

*Attorneys for Plaintiff
Aliza Valdez, individually and on behalf of a class of similarly situated individuals*

| | |
|---|---|
| 1 | GORDON & REES LLP |
| 2 | Fletcher C. Alford |
|   | Aristotle E. Evia |
| 3 | Ryan B. Polk |
|   | 275 Battery Street |
| 4 | San Francisco, CA 94111 |
|   | (415) 986-5900 |
| 5 | |
|   | BROAD AND CASSEL |
| 6 | Rhett Traband |
|   | 2 South Biscayne Blvd., Suite 2100 |
| 7 | Miami, Florida 33131 |
|   | (305) 373-9476 |
| 8 | |
|   | *Attorneys for Defendant* |
| 9 | *Boungiorno USA, Inc* |

10   I declare that I am employed in the office of a member of the bar of this Court at whose
11 direction the service was made. I further declare under penalty of perjury that the above is true and
12 correct.
13   Executed on January 25. 2008 at Los Angeles, California.

15   By: /s/ Lorraine Danielson
16   Lorraine Danielson

- 2 -

PROOF OF SERVICE