UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Aliza Valdez, individually, and on behalf of a class of similarly situated individuals,

    Plaintiff,

v.

M-Qube, Inc., a Delaware corporation, VeriSign, Inc., a Delaware corporation, and Buongiorno USA, Inc., a Florida Corporation, d/b/a Blinko,

    Defendants.

CASE NO. 3-07-CV-06496 SI

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

FILED

JAN 2 5 2008



Laura Riposo VanDruff, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is: Arnold & Porter LLP, 555 Twelfth Street, Washington, DC 2004-1206, (202) 942-6312, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants VeriSign, Inc., a Delaware corporation and M-Qube, Inc., a Delaware corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/25/08

                                      United States ~~Magistrate~~ Judge

452942