1  
2  MICHAEL J. STORTZ (State Bar No. 139386)  
   Michael.Stortz@dbr.com  
3  BETH O. ARNESE (State Bar No. 241186)  
   Beth.Arnese@dbr.com  
4  DRINKER BIDDLE & REATH LLP  
   50 Fremont Street, 20th Floor  
5  San Francisco, California 94105-2235  
   Telephone: (415) 591-7500  
6  Facsimile: (415) 591-7510  

7  Attorneys for Defendant  
   AT&T MOBILITY LLC  
8  

9              UNITED STATES DISTRICT COURT  

10             NORTHERN DISTRICT OF CALIFORNIA  

11  

12  PISHVAEE,                                    Case No. C 07-03407 CW  

13                 Plaintiff,                   **STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE**  
14          v.  

15  VERISIGN, INC. et al.  

16                 Defendants.  

17  *Valdez v. M-Qube, Inc., et al.*            Case No. C 07-06496 CW  
    *Jiran v. AT&T Mobility, LLC, et al.*       Case No. C 07-00013 CW  
18  

19  *Related to:*  

20  *Bradberry v. T-Mobile USA, Inc.*           Case No. C 06-06567 CW  

21  *Bradberry v. mBlox, Inc.*                  Case No. C 07-05298 CW  

DRINKER BIDDLE & REATH LLP  
50 Fremont Street, 20th Floor  
San Francisco, CA 94105  

SF1\395423\1  

STIPULATION REGARDING BRIEFING DEADLINES AND CMC         CASE NOS. C 06-06567 CW, C 06-05298 CW,  
                                                          C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned:

2  1.  To permit adequate time to explore settlement, the Parties agree to suspend:
(a) all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) responsive pleading deadlines.

2.  The Parties further agree that the Case Management Conference shall be continued to April 17 at 2:00 p.m.  At that time, the Parties anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order.  The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

IT IS SO STIPULATED.

Dated: February __, 2008         DRINKER BIDDLE & REATH LLP

/s/ Michael J. Stortz
MICHAEL J. STORTZ

Attorneys for Defendant
AT&T Mobility, LLC

50 Fremont Street, 20th Floor
San Francisco, CA 94105

*Of Counsel*
Seamus C. Duffy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\1

2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC   CASE NOS. C 06-06567 CW, C 06-05298 CW, C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

| | | |
|---|---|---|
| 1 | Dated: February __, 2008 | ARNOLD & PORTER LLP |

/s/ Angel L. Tang
RONALD L. JOHNSTON
ANGEL L. TANG

Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.

777 South Figueroa Street, Suite 4400
Los Angeles, California 90017
(213) 243-4000

*Of Counsel*
James Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5014

Dated: February __, 2008                    LUCE FORWARD HAMILTON & SCRIPPS LLP

/s/ Jeffrey L. Fillerup
JEFFREY L. FILLERUP

Attorneys for Defendant
mBlox, Inc.

Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone: (415) 356-4600
Facsimile: (415) 356-4610

*Of Counsel*
Craig M. White
Brent Austin
Chung-Han Leewil
WILDMAN HARROLD ALLEN & DIXON LLP
225 West Wacker Drive
28th Floor
Chicago, IL 60606-1229
Telephone: (312) 201-2000

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\1

3

STIPULATION REGARDING BRIEFING DEADLINES AND CMC        CASE NOS. C 06-06567 CW, C 06-05298 CW,
                                                        C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

| | | |
|---|---|---|
| 1 | Dated: February __, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | /s/ Philip Atkins-Pattenson<br>PHILIP ATKINS-PATTENSON |
| 4 | | Attorneys for Defendant<br>Mobile Messenger Americas, Inc. |
| 5 | | |
| 6 | | Four Embarcadero Center<br>Seventeenth Floor<br>San Francisco, CA  94111 |
| 7 | | Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 |
| 8 | | |
| 9 | | |
| 10 | Dated: February __, 2008 | KAMBEREDELSON, LLC |
| 11 | | /s/ Myles McGuire |
| 12 | | MYLES MCGUIRE |
| 13 | | Attorneys for Plaintiffs<br>Louis Jiran, Dolores Gresham and Aliza Valdez |
| 14 | | Terry M. Gordon |
| 15 | | The Law Offices of Terry M. Gordon<br>Three Harbor Drive, Suite 215 |
| 16 | | Sausalito, California  94965<br>Telephone: (415) 331-3601 |
| 17 | | Facsimile: (415) 331-1225 |
| 18 | | *Of Counsel* |
| 19 | | Jay Edelson |
| 20 | | Myles McGuire<br>KamberEdelson, LLC<br>53 West Jackson Blvd. |
| 21 | | Suite 1530<br>Chicago, IL 60604 |
| 22 | | |
| 23 | | John G. Jacobs<br>Bryan G. Kolton |
| 24 | | The Jacobs Law Firm, CHTD.<br>122 South Michigan Ave |
| 25 | | Suite 1850<br>Chicago, IL 60603 |
| 26 | | |
| 27 | | |
| 28 | | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\1

4

STIPULATION REGARDING BRIEFING DEADLINES AND CMC    CASE NOS. C 06-06567 CW, C 06-05298 CW,
                                                    C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

| | | |
|---|---|---|
| 1 | Dated: February __, 2008 | AUDET & PARTNERS LLP |
| 2 | | /s/ William M. Audet |
| 3 | | WILLIAM M. AUDET |
| 4 | | Attorney for Plaintiff Babak Pishvaee |
| 5 | | William M. Audet |
| 6 | | AUDET & PARTNERS LLP<br>221 Main Street, Suite 1460 |
| 7 | | San Francisco, California 94105<br>Telephone: (415) 568-2555 |
| 8 | | |
| 9 | Dated: February __, 2008 | BROAD & CASSEL |
| 10 | | /s/ Jeffrey R. Geldens |
| 11 | | JEFFREY R. GELDENS |
| 12 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 13 | | Jeffrey R. Geldens |
| 14 | | BROAD AND CASSEL<br>One Biscayne Tower |
| 15 | | 2 South Biscayne Boulevard, 21st Floor<br>Miami, FL  33131 |
| 16 | | Telephone: (305) 373-9400 |
| 17 | Dated: February __, 2008 | GORDON & REES, LLP |
| 18 | | /s/ Aristotle E. Evia |
| 19 | | ARISTOTLE E. EVIA |
| 20 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 21 | | Aristotle Eder Evia |
| 22 | | GORDON & REES, LLP<br>275 Battery Street, 20th Floor |
| 23 | | San Francisco, CA  94111<br>Telephone: (415) 986-5900 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\1

5

STIPULATION REGARDING BRIEFING DEADLINES AND CMC    CASE NOS. C 06-06567 CW, C 06-05298 CW,
                                                    C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

1

2  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
3  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
6  Facsimile: (415) 591-7510

7  Attorneys for Defendant
   AT&T MOBILITY LLC
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 | PISHVAEE,                                | Case No. C 07-03407 CW
13 |           Plaintiff,                     | **[PROPOSED] ORDER**
14 |     v.                                   |
15 | VERISIGN, INC. et al.                    |
16 |           Defendants.                    |
17 | *Valdez v. M-Qube, Inc., et al.*         | Case No. C 07-06496 CW
18 | *Jiran v. AT&T Mobility, LLC, et al.*    | Case No. C 07-00013 CW

19     *Related to:*

20     *Bradberry v. T-Mobile USA, Inc.*          Case No. C 06-06567 CW

21     *Bradberry v. mBlox, Inc.*                 Case No. C 07-05298 CW

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER                                 CASE NOS. C 06-06567 CW, C 06-05298 CW,
                                                 C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

1

2    Based on the stipulation of the parties and for good cause shown, IT IS HEREBY

3 ORDERED.

4    1.    The Court suspends: (a) all dates set forth in its February 15, 2008

5 Amended Case Management Scheduling Order for Reassigned Cases; and (b) responsive

6 pleading deadlines.

7    2.    The Case Management Conference shall be continued to April 17 at 2:00

8 p.m. At that time, if needed, the Parties shall propose new dates for a Case Management

9 Scheduling Order. The Parties will also address a proposed schedule for responsive

10 pleading deadlines at that time.

11    Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

12

13 Dated: February __, 2008

14
_____
15 The Honorable Claudia Wilken
United States District Court,
16 Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

2

[PROPOSED] ORDER                                 CASE NOS. C 06-06567 CW, C 06-05298 CW
                                                 C 06-03407 CW, C 06-06496 CW, C 06-00013 CW