UNITED STATES DIS[TRICT COURT]
NORTHERN DISTRICT [OF CALIFORNIA]

RELATED CA[SE ORDER]

A Motion for Administrative Relief to Cons[ider Whether Cases Should Be Related or]
*Sua Sponte* Judicial Referral for Purpose of Determ[ining Relationship of Cases has been]
filed. The time for filing an opposition or statemen[t of support has passed. The case will be]
assigned to the earliest filed case below that bears m[y initials. Any of the following]
case(s) that I have initialed below are related to the [case currently assigned to me and will be]
reassigned to me. Any cases listed below that are n[ot initialed by me are not related and are]
referred to the judge assigned to the next-earliest fil[ed case.]

**C 06-06567 CW**        **Bradberry v. T-Mobile USA**

**C 07-03407 JW**        **Pishvaee v. VeriSign, Inc. E[t al]**

I find that the above case is related to th[e case assigned to me.]

**C 07-06496 SI**        **Valdez v. m-Qube, Inc. Et al**

I find that the above case is related to th[e case assigned to me.]

**C 08-00013 SI**        **Jiran et al v. AT&T Mobility**

I find that the above case is related to th[e case assigned to me.]

ORDE[R]

Counsel are instructed that all future filings i[n any reassigned case be filed with the initials]
of the newly assigned judge ("**CW**") immediately a[fter the case number. Any case management]
conference in any reassigned case will be reschedule[d by the Court. The Court will issue new]
dates for the conference, disclosures and report requi[red by FRCivP 16 and 26.]
Unless otherwise ordered, any dates for hearing notic[ed motions in any reassigned case]
noticed by the moving party before the newly assign[ed judge in accordance with the]
Local Rules remain in effect; and any deadlines estab[lished by ADR Local Rule 3-5 continue]
to govern, except dates for appearance in court, whic[h will be rescheduled by the newly assigned]
judge.

Dated: FEB 12 2008        _____
                          Judge Claudia Wilken

-1-