MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>             Plaintiff,<br><br>    v.<br><br>T-MOBILE, USC, INC. et al.<br><br>             Defendants. | Case No. C 06-06567 CW<br><br>**STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

1.     To permit adequate time to explore settlement in certain of these actions, the Parties in the above-captioned matters agree to suspend the following dates: (a) all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.

2.     The Parties further agree that the Case Management Conference in these actions shall be continued to April 17 at 2:00 p.m. At that time, the Parties anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC           CASE NOS. C 06-06567 CW,
                                                                                                             C 07-05298 CW  C 07-03407 CW,
                                                                                                             C 08-00013 CW, CW, C 07-06496 CW,

1  deadlines at that time.

2      IT IS SO STIPULATED.

3

4  Dated: February 26, 2008               DRINKER BIDDLE & REATH LLP

5
                                              /s/ Michael J. Stortz
6                                             MICHAEL J. STORTZ

7                                             Attorneys for Defendant
                                           AT&T Mobility, LLC

8                                             50 Fremont Street, 20th Floor
9                                             San Francisco, CA 94105

10                                            *Of Counsel*
                                           Seamus C. Duffy
11                                            DRINKER BIDDLE & REATH LLP
                                           One Logan Square
12                                            18th & Cherry Streets
                                           Philadelphia, Pennsylvania 19103-6996
13                                            Telephone: (215) 988-2700

14

15 Dated: February 26, 2008               ARNOLD & PORTER LLP

16
                                           /s/ Angel L. Tang
17                                            RONALD L. JOHNSTON
                                           ANGEL L. TANG

18                                            Attorneys for Defendants
19                                            VeriSign, Inc. and m-Qube, Inc.

20                                            777 South Figueroa Street, Suite 4400
                                           Los Angeles, California 90017
21                                            (213) 243-4000

22                                            *Of Counsel*
                                           James Cooper
23                                            Arnold & Porter LLP
                                           555 Twelfth Street, NW
24                                            Washington, DC 20004-1206
                                           Telephone: (202) 942-5014

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

2
STIPULATION REGARDING BRIEFING DEADLINES AND CMC      CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| 2 | | |
| 3 | | /s/ Jeffrey L. Fillerup<br>JEFFREY L. FILLERUP |
| 4 | | Attorneys for Defendant<br>mBlox, Inc. |
| 5 | | |
| 6 | | Rincon Center II<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582 |
| 7 | | Telephone: (415) 356-4600<br>Facsimile: (415) 356-4610 |
| 8 | | |
| 9 | | *Of Counsel*<br>Craig M. White |
| 10 | | Brent Austin<br>Chung-Han Lee |
| 11 | | WILDMAN HARROLD ALLEN & DIXON LLP |
| 12 | | 225 West Wacker Drive<br>28th Floor |
| 13 | | Chicago, IL 60606-1229<br>Telephone: (312) 201-2000 |
| 14 | | |
| 15 | Dated: February 26, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 16 | | |
| 17 | | /s/ Philip Atkins-Pattenson<br>PHILIP ATKINS-PATTENSON |
| 18 | | Attorneys for Defendant |
| 19 | | Mobile Messenger Americas, Inc. |
| 20 | | Four Embarcadero Center<br>Seventeenth Floor |
| 21 | | San Francisco, CA 94111<br>Telephone: (415) 434-9100 |
| 22 | | Facsimile: (415) 434-3947 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

3

STIPULATION REGARDING BRIEFING DEADLINES AND CMC    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | KAMBEREDELSON, LLC |
| 2 | | |
| 3 | | /s/ Myles McGuire<br>MYLES MCGUIRE |
| 4 | | Attorneys for Plaintiffs<br>Louis Jiran, Dolores Gresham and Aliza Valdez |
| 5 | | |
| 6 | | Terry M. Gordon<br>The Law Offices of Terry M. Gordon<br>Three Harbor Drive, Suite 215<br>Sausalito, California 94965<br>Telephone: (415) 331-3601<br>Facsimile: (415) 331-1225 |

*Of Counsel*
Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL 60604

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, CHTD.
122 South Michigan Ave
Suite 1850
Chicago, IL 60603

Dated: February 26, 2008            AUDET & PARTNERS, LLP

/s/ William M. Audet
WILLIAM M. AUDET

Attorney for Plaintiff Babak Pishvaee

William M. Audet
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: (415) 568-2555

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

4
STIPULATION REGARDING BRIEFING DEADLINES AND CMC      CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | BROAD & CASSEL |
| 2 | | |
| 3 | | /s/ Jeffrey R. Geldens<br>JEFFREY R. GELDENS |
| 4 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 5 | | |
| 6 | | Jeffrey R. Geldens<br>BROAD AND CASSEL<br>One Biscayne Tower<br>2 South Biscayne Boulevard, 21st Floor<br>Miami, FL  33131<br>Telephone: (305) 373-9400 |
| 10 | Dated: February 26, 2008 | GORDON & REES, LLP |
| 12 | | /s/ Aristotle E. Evia<br>ARISTOTLE E. EVIA |
| 13 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 15 | | Aristotle Eder Evia<br>GORDON & REES, LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA  94111<br>Telephone: (415) 986-5900 |
| 18 | Dated: February 26, 2008 | WINSTON & STRAWN, LLP |
| 20 | | /s/ Debra J. Albin-Riley<br>DEBRA J. ALBIN-RILEY |
| 21 | | Attorney for Defendant T-Mobile USA, Inc. |
| 23 | | Debra J. Albin- Riley<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, California 90017-1543<br>Telephone:  (213) 615-1700<br>Facsimile:   (213) 615-1750 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

5
STIPULATION REGARDING BRIEFING DEADLINES AND CMC                    CASE NOS. C 06-06567 CW,
                                                                    C 07-05298 CW  C 07-03407 CW,
                                                                    C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | THE JACOBS LAW FIRM, CHTD |
| 2 | | |
| 3 | | /s/ John G. Jacobs<br>JOHN G. JACOBS |
| 4 | | Attorneys for Plaintiff<br>Russell Bradberry |
| 5 | | |
| 6 | | John G. Jacobs<br>Bryan G. Kolton |
| 7 | | THE JACOBS LAW FIRM, CHTD<br>122 South Michigan Ave., Ste. 1850<br>Chicago, Ill 60603 |
| 8 | | Telephone: (312) 427-4000<br>Facsimile:   (312) 427-1850 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

6

STIPULATION REGARDING BRIEFING DEADLINES AND CMC    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY, | Case No. C 06-06567 CW |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| T-MOBILE, USC, INC. et al. | |
| Defendants. | |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER     CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

1

2     Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY

3 ORDERED.

4     1.     The Court suspends the following dates in the above-captioned matters: (a)

5 all dates set forth in the Court's February 15, 2008 Amended Case Management

6 Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.

7     2.     The Case Management Conference shall be continued to April 17 at 2:00

8 p.m.  At that time, if needed, the Parties shall propose new dates for a Case Management

9 Scheduling Order.  The Parties will also address a proposed schedule for responsive

10 pleading deadlines at that time.

11     Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

12

13 Dated: February __, 2008

14
_____
15 The Honorable Claudia Wilken
United States District Court,
16 Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

2

[PROPOSED] ORDER                                             CASE NOS. C 06-06567 CW,
                                                             C 07-05298 CW  C 07-03407 CW,
                                                             C 08-00013 CW, CW, C 07-06496 CW