**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Valdez,<br><br>             Plaintiff(s),<br><br>     v.<br><br>m-Qube, Inc.,<br><br>             Defendant(s). | 07-06496 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06496 CW                                         -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: April 3, 2008

                RICHARD W. WIEKING
                Clerk
                by:   Timothy J. Smagacz

                *Timothy Smagacz*
                _____
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-06496 CW                 -2-

PROOF OF SERVICE

Case Name:      Valdez v. m-Qube, Inc.

Case Number:    07-06496 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On April 3, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Jay Edelson
>   KamberEdelson, LLP
>   53 West Jackson Blvd., Suite 1530
>   Chicago, IL 60604

>   Bryan G. Kolton
>   The Jacobs Law Firm, Chtd.
>   122 South Michigan Avenue, Suite 1850
>   Chicago, IL 60603
>   bgkolton@thejacobslawfirm.com

>   Myles P. McGuire
>   KamberEdelson, LLC
>   53 West Jackson Blvd., Suite 1530
>   Chicago, IL 60604
>   myles@blimlaw.com

>   Terry M. Gordon
>   Law Offices of Terry M. Gordon
>   3 Harbor Drive, Suite 215
>   Sausalito, CA 94965

Tgordon@tgordonlaw.com

John G. Jacobs
The Jacobs Law Firm, Chtd.
122 South Michigan Avenue, Suite 1850
Chicago, IL 60603
jgjacobs@thejacobslawfirm.com

Ronald L. Johnston
Arnold & Porter LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
Ronald_Johnston@APorter.com

James Cooper
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004-1206

Laura Riposo Vandruff
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

Angel Lisa Tang
Arnold & Porter LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017-5844
Angel_Tang@aporter.com

Aristotle Eder Evia
Gordon & Rees, LLP
275 Battery St., 20th Floor
San Francisco, CA 94111
aevia@gordonrees.com

Rhett Traband
2 S. Biscayne Boulevard
21st Floor
Miami, FL 33131
rtraband@broadandcassel.com

Jeffrey R. Geldens
Broad and Cassel

One Biscayne Tower
2 South Biscayne Blvd., 21 st Floor
Miami, FL 33131

Lauren Arielle Yelen
Broad and Cassel
One Biscayne Tower
2 South Biscayne Blvd., 21 st Floor
Miami, FL 33131


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 3, 2008 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:   Timothy J. Smagacz
>
> _Timothy Smagacz_
>
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov