MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>            Plaintiff,<br><br>    v.<br><br>T-MOBILE, USC, INC. et al.<br><br>            Defendants. | Case No. C 06-06567 CW<br><br>**STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

1.     To permit adequate time to explore settlement in certain of these actions, the Parties in the above-captioned matters agree to suspend the following dates:  (a)  all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.

2.     The Parties further agree that the Case Management Conference in these actions shall be continued to April 17 at 2:00 p.m.  At that time, the Parties anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order.  The Parties will also address a proposed schedule for responsive pleading
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC         CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW,

deadlines at that time.

IT IS SO STIPULATED.

Dated: February 26, 2008                    DRINKER BIDDLE & REATH LLP

                                                  /s/ Michael J. Stortz
                                             MICHAEL J. STORTZ

Attorneys for Defendant
AT&T Mobility, LLC

50 Fremont Street, 20th Floor
San Francisco, CA 94105

*Of Counsel*
Seamus C. Duffy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700


Dated: February 26, 2008                    ARNOLD & PORTER LLP

                                               /s/ Angel L. Tang
                                             RONALD L. JOHNSTON
                                             ANGEL L. TANG

Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.

777 South Figueroa Street, Suite 4400
Los Angeles, California  90017
(213) 243-4000

*Of Counsel*
James Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5014

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

2
STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW,
                                                          C 07-05298 CW  C 07-03407 CW,
                                                          C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| 2 | | |
| 3 | | /s/ Jeffrey L. Fillerup |
| | | JEFFREY L. FILLERUP |
| 4 | | Attorneys for Defendant |
| 5 | | mBlox, Inc. |
| 6 | | Rincon Center II |
| | | 121 Spear Street, Suite 200 |
| 7 | | San Francisco, CA 94105-1582 |
| | | Telephone: (415) 356-4600 |
| 8 | | Facsimile: (415) 356-4610 |
| 9 | | *Of Counsel* |
| | | Craig M. White |
| 10 | | Brent Austin |
| 11 | | Chung-Han Lee |
| | | WILDMAN HARROLD ALLEN & DIXON LLP |
| 12 | | 225 West Wacker Drive |
| 13 | | 28th Floor |
| | | Chicago, IL 60606-1229 |
| 14 | | Telephone: (312) 201-2000 |
| 15 | Dated: February 26, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 16 | | |
| 17 | | /s/ Philip Atkins-Pattenson |
| | | PHILIP ATKINS-PATTENSON |
| 18 | | Attorneys for Defendant |
| 19 | | Mobile Messenger Americas, Inc. |
| 20 | | Four Embarcadero Center |
| | | Seventeenth Floor |
| 21 | | San Francisco, CA 94111 |
| | | Telephone: (415) 434-9100 |
| 22 | | Facsimile: (415) 434-3947 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

3

STIPULATION REGARDING BRIEFING DEADLINES AND CMC      CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

1  Dated: February 26, 2008                KAMBEREDELSON, LLC

                                           /s/ Myles McGuire
                                           MYLES MCGUIRE

                                           Attorneys for Plaintiffs
                                           Louis Jiran, Dolores Gresham and Aliza Valdez

                                           Terry M. Gordon
                                           The Law Offices of Terry M. Gordon
                                           Three Harbor Drive, Suite 215
                                           Sausalito, California 94965
                                           Telephone: (415) 331-3601
                                           Facsimile: (415) 331-1225


                                           *Of Counsel*
                                           Jay Edelson
                                           Myles McGuire
                                           KamberEdelson, LLC
                                           53 West Jackson Blvd.
                                           Suite 1530
                                           Chicago, IL 60604


                                           John G. Jacobs
                                           Bryan G. Kolton
                                           The Jacobs Law Firm, CHTD.
                                           122 South Michigan Ave
                                           Suite 1850
                                           Chicago, IL 60603

   Dated: February 26, 2008                AUDET & PARTNERS, LLP

                                           /s/ William M. Audet
                                           WILLIAM M. AUDET

                                           Attorney for Plaintiff Babak Pishvaee


                                           William M. Audet
                                           AUDET & PARTNERS LLP
                                           221 Main Street, Suite 1460
                                           San Francisco, California 94105
                                           Telephone: (415) 568-2555

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

4
STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW,
                                                          C 07-05298 CW  C 07-03407 CW,
                                                          C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | BROAD & CASSEL |
| 2 | | |
| 3 | | /s/ Jeffrey R. Geldens<br>JEFFREY R. GELDENS |
| 4 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 5 | | |
| 6 | | Jeffrey R. Geldens<br>BROAD AND CASSEL |
| 7 | | One Biscayne Tower<br>2 South Biscayne Boulevard, 21st Floor |
| 8 | | Miami, FL  33131<br>Telephone: (305) 373-9400 |
| 9 | | |
| 10 | Dated: February 26, 2008 | GORDON & REES, LLP |
| 11 | | |
| 12 | | /s/ Aristotle E. Evia<br>ARISTOTLE E. EVIA |
| 13 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 14 | | |
| 15 | | Aristotle Eder Evia<br>GORDON & REES, LLP |
| 16 | | 275 Battery Street, 20th Floor<br>San Francisco, CA  94111 |
| 17 | | Telephone: (415) 986-5900 |
| 18 | Dated: February 26, 2008 | WINSTON & STRAWN, LLP |
| 19 | | |
| 20 | | /s/ Debra J. Albin-Riley<br>DEBRA J. ALBIN-RILEY |
| 21 | | Attorney for Defendant T-Mobile USA, Inc. |
| 22 | | |
| 23 | | Debra J. Albin- Riley<br>WINSTON & STRAWN LLP |
| 24 | | 333 South Grand Avenue, 38th Floor<br>Los Angeles, California 90017-1543 |
| 25 | | Telephone:  (213) 615-1700<br>Facsimile:   (213) 615-1750 |
| 26 | | |
| 27 | | |
| 28 | | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

5

STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW,
                                                         C 07-05298 CW  C 07-03407 CW,
                                                         C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | THE JACOBS LAW FIRM, CHTD |
| 2 | | |
| 3 | | /s/ John G. Jacobs<br>JOHN G. JACOBS |
| 4 | | Attorneys for Plaintiff |
| 5 | | Russell Bradberry |
| 6 | | John G. Jacobs<br>Bryan G. Kolton |
| 7 | | THE JACOBS LAW FIRM, CHTD<br>122 South Michigan Ave., Ste. 1850 |
| 8 | | Chicago, Ill 60603<br>Telephone: (312) 427-4000 |
| 9 | | Facsimile:  (312) 427-1850 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

6

STIPULATION REGARDING BRIEFING DEADLINES AND CMC

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRADBERRY, | Case No. C 06-06567 CW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| T-MOBILE, USC, INC. et al. | |
| Defendants. | |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER                CASE NOS. C 06-06567 CW,
                                C 07-05298 CW  C 07-03407 CW,
                                C 08-00013 CW, C 07-06496 CW

1    Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2 ORDERED.
3    1.    The Case Management Conference shall be continued to **June 17, 2008 at**
4 **2:00 p.m.**  In the interim, all responsive pleading deadlines remain stayed.  At the Case
5 Management Conference on June 17, 2008, the Parties shall propose new dates for a Case
6 Management Scheduling Order.  The Parties will also address a proposed schedule for
7 responsive pleading deadlines at that time.
8    Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

10 Dated: April __, 2008

12    The Honorable Claudia Wilken
     United States District Court,
13    Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

2
[PROPOSED] ORDER                                    CASE NOS. C 06-06567 CW,
                                                    C 07-05298 CW  C 07-03407 CW,
                                                    C 08-00013 CW, C 07-06496 CW