**LAW OFFICES OF TERRY M. GORDON**
TERRY M. GORDON - SBN 75604
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone: (415) 331-3601
Facsimile: (415) 331-1225

**THE JACOBS LAW FIRM, CHTD.**
JOHN G. JACOBS (*PRO HAC VICE*)
BRYAN G. KOLTON (*PRO HAC VICE*)
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

**KAMBEREDELSON, LLC**
JAY EDELSON (*PRO HAC VICE*)
MYLES MCGUIRE (*PRO HAC VICE*)
ELIZABETH MACKEY (*PRO HAC VICE*)
JOHN BLIM (Of Counsel) (*PRO HAC VICE*)
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370
Facsimile: (312) 873-4610

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation,<br>Defendant. | Case No. C 06-6567 CW<br><br>**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL THE LAW OFFICES OF TERRY M. GORDON** |
| BRADBERRY v. MBLOX, INC. | Case No. C 07-5298 CW |
| JIRAN, et al v. MBLOX, INC., et al. | Case No. C 08-00013 SI |
| PISHVAEE v. M-QUBE, INC. et al | Case No. C 07-3407 JW |

NOTICE OF CHANGE OF ADDRESS
Case Nos. C 06-6567 CW
C 07-5298 CW; C 08-00013 SI; C 07-4307 JW; C 07-6496 SI

| VALDEZ v. M-QUBE, INC. et al | Case No. C 07-6496 SI |
|---|---|

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Law Offices of Terry M. Gordon, one of the attorneys for Plaintiff Russell Bradberry, individually and on behalf of a class of similarly situated individuals, have relocated their offices to 1039 Erica Road, Suite 200, Mill Valley, CA 94941, effective September 1, 2008. Telephone and facsimile numbers remain unchanged.

Dated: August 23, 2008                    LAW OFFICES OF TERRY M. GORDON

By:/s/ Terry M. Gordon
TERRY M. GORDON
One of the Attorneys for RUSSELL
BRADBERRY, individually and on
behalf of a class of similarly situated
individuals