RONALD L. JOHNSTON (State Bar No. 57418)
ronald.johnson@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

JAMES COOPER (Admitted *Pro Hac Vice*)
james.cooper@aporter.com
LAURA RIPOSO VANDRUFF
laura.vandruff@aporter.com
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
(202) 942-5000

*Attorneys for Defendants*
*m-Qube, Inc. and VeriSign, Inc.*

[Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals, <br><br>                 Plaintiff, <br><br> v. <br><br> M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC., a Florida Corporation, d/b/a BLINKO, <br><br>                 Defendants. | Case No. 3:07-cv-06496-CW <br><br> **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> CMC Date:    September 16, 2008 <br> CMC Time:    2:00 p.m. <br><br> Judge:       The Honorable Claudia Wilken |

- 1 -

1    The Parties in this action hereby stipulate and agree to the entry of an Order continuing the

2    Case Management Conference ("CMC") currently set for September 16, 2008 to December 16,

3    2008, and in support of the requested relief state:

4        1.    On August 26, 2008 this Court, in the related cases of *Jiran v. AT&T Mobility, LLC,*

5    *et al.* (Case No. C 08-0013 CW) and *Pishvaee* v. *VeriSign, Inc., et al.* (Case No. C 07-3407),

6    granted a motion to stay the actions and continued the Case Management Conference formerly

7    scheduled for September 16, 2008 to December 16, 2008, at 2:00 p.m.  This case is and has been

8    deemed an action related to the *Jiran* and *Pishvaee* matters.  Therefore, coordination of the CMC

9    date for all related cases is necessary for the efficient management of these actions.

10       2.    Given the Court's August 26, 2008 order in *Jiran* and *Pishvaee*, the Parties request

11   that the CMC in this related action also be continued from September 16, 2008 to December 16,

12   2008, at 2:00 p.m., or such other date and time as is convenient to the Court.

13       WHEREFORE, the Parties respectfully request that this Court enter an Order Continuing the

14   Case Management Conference, presently set for September 16, 2008, to December 16, 2008, at 2:00

15   p.m.

16       IT IS SO STIPULATED.

17

18   Dated:  September 2, 2008                ARNOLD & PORTER LLP

19                                            By: /s/ Angel L. Tang
                                              Ronald L. Johnston (State Bar No. 57418)
20                                            Angel L. Tang (State Bar No. 205396)
                                              777 S. Figueroa Street, Suite 4400
21                                            Los Angeles, CA 90017
                                              (213) 243-4000
22
                                              James Cooper
23                                            *Motion for Admission Pro Hac Vice Pending*
                                              Laura Riposo VanDruff
24                                            *Motion for Admission Pro Hac Vice Pending*
                                              555 12th Street, NW
25                                            Washington, D.C. 20004
                                              (202) 942-5000
26
                                              *Attorneys for Defendants*
27                                            *m-Qube, Inc. and VeriSign, Inc.*

28
                                      - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GORDON & REES LLP

By: /s/  Fletcher C. Alford
FLETCHER C. ALFORD (State Bar No. 152314)
*falford@gordonrees.com*
ARISTOTLE E. EVIA (State Bar No. 211483)
*aevia@gordonrees.com*
RYAN B. POLK (State Bar No. 230769)
*rpolk@gordonrees.com*
GORDON & REES LLP
275 Battery Street
San Francisco, CA 94111
(415) 986-5900


BROAD AND CASSEL

By:  /s/ Rhett Traband
RHETT TRABAND
*rtraband@broadandcassel.com*
BROAD AND CASSEL
2 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
(305) 373-9476

*Attorneys for Defendant*
*Boungiorno USA, Inc*


KAMBEREDLESON, LLC

By: /s/  Myles McGuire
Jay Edelson
Myles McGuire
Elizabeth Mackey
John Blim
Kamberedleson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
(312) 589-6370


LAW OFFICES OF TERRY M. GORDON

By: /s/ Terry M. Gordon
Terry M. Gordon
Law Offices of Terry M. Gordon
1039 Erica Road
Suite 200
Mill Valley, California  94941
(415) 331-3601

*Attorneys for Plaintiff*
*Aliza Valdez, individually and on behalf of a class of*
*similarly situated individuals*

- 3 -

1

## PROOF OF SERVICE

2

State of California       )

3
                                ) SS.

County of Los Angeles    )

4

5

RE:    Aliza Valdez v. M-Qube, Inc., et al

6

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18

7

and not a party to the within action.  My business address is Arnold & Porter, 777 South Figueroa

8

Street, 44th Floor, Los Angeles, California 90017.  On September 2, 2008, the following document

9

described as **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** was

10

electronically filed with the Clerk of the Court using the CM/ECF system and caused it to be

11

electronically served on all counsel.

12

      True and complete copies of the above document were also served by U.S. Mail on all

13

counsel as follows:

14

15
                                    LAW OFFICES OF TERRY M. GORDON
Terry M. Gordon
1039 Erica Road

16
Suite 200
Mill Valley, California  94941

17
(415) 331-3601

18
THE JACOBS LAW FIRM, CHTD.
John G. Jacobs

19
Bryan G. Kolton
122 South Michigan Avenue, Suite 1850

20
Chicago, Illinois  60603
(312) 427-4000

21

22
KAMBEREDELSON, LLC
Jay Edelson

23
Myles McGuire
Elizabeth Mackey

24
John Blim
53 West Jackson Boulevard, Suite 1530

25
Chicago, Illinois 60604
(312) 589-6370

26

*Attorneys for Plaintiff*

27
*Aliza Valdez, individually and on behalf of a class of*
*similarly situated individuals*

28

1    GORDON & REES LLP
     Fletcher C. Alford
2    Aristotle E. Evia
     Ryan B. Polk
3    275 Battery Street
     San Francisco, CA 94111
4    (415) 986-5900

5    BROAD AND CASSEL
     Rhett Traband
6    Jeffrey R. Geldens
     Lauren Arielle Yelen
7    2 South Biscayne Blvd., Suite 2100
     Miami, Florida 33131
8    (305) 373-9476

9    *Attorneys for Defendant*
     *Boungiorno USA, Inc*

10

11        I declare that I am employed in the office of a member of the bar of this Court at whose

12   direction the service was made. I further declare under penalty of perjury that the above is true and

13   correct.

         Executed on September 2, 2008 at Los Angeles, California.
14

15

16                    By:  /s/ Lorraine Danielson
                           Lorraine Danielson
17

18

19

20

21

22

23

24

25

26 .

27

28

PROOF OF SERVICE