RONALD L. JOHNSTON (State Bar No. 57418)
ronald.johnson@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

JAMES COOPER (Admitted *Pro Hac Vice*)
james.cooper@aporter.com
LAURA RIPOSO VANDRUFF
laura.vandruff@aporter.com
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
(202) 942-5000

*Attorneys for Defendants*
*m-Qube, Inc. and VeriSign, Inc.*

[Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>M-QUBE, INC., a Delaware corporation, VERISIGN, INC., a Delaware corporation, and BUONGIORNO USA, INC., a Florida Corporation, d/b/a BLINKO,<br><br>Defendants. | Case No. 3:07-cv-06496-CW<br>**ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:   September 16, 2008<br>CMC Time:   2:00 p.m.<br><br>Judge:   The Honorable Claudia Wilken |

- 1 -

1  The Parties in this action hereby stipulate and agree to the entry of an Order continuing the Case Management Conference ("CMC") currently set for September 16, 2008 to December 16, 2008, and in support of the requested relief state:

    1. On August 26, 2008 this Court, in the related cases of *Jiran v. AT&T Mobility, LLC, et al.* (Case No. C 08-0013 CW) and *Pishvaee v. VeriSign, Inc., et al.* (Case No. C 07-3407), granted a motion to stay the actions and continued the Case Management Conference formerly scheduled for September 16, 2008 to December 16, 2008, at 2:00 p.m. This case is and has been deemed an action related to the *Jiran* and *Pishvaee* matters. Therefore, coordination of the CMC date for all related cases is necessary for the efficient management of these actions.

    2. Given the Court's August 26, 2008 order in *Jiran* and *Pishvaee*, the Parties request that the CMC in this related action also be continued from September 16, 2008 to December 16, 2008, at 2:00 p.m., or such other date and time as is convenient to the Court.

WHEREFORE, the Parties respectfully request that this Court enter an Order Continuing the Case Management Conference, presently set for September 16, 2008, to December 16, 2008, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: September 2, 2008

ARNOLD & PORTER LLP

By: /s/ Angel L. Tang
Ronald L. Johnston (State Bar No. 57418)
Angel L. Tang (State Bar No. 205396)
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

James Cooper
*Motion for Admission Pro Hac Vice Pending*
Laura Riposo VanDruff
*Motion for Admission Pro Hac Vice Pending*
555 12th Street, NW
Washington, D.C. 20004
(202) 942-5000

*Attorneys for Defendants
m-Qube, Inc. and VeriSign, Inc.*

GORDON & REES LLP

By: /s/ Fletcher C. Alford
FLETCHER C. ALFORD (State Bar No. 152314)
*falford@gordonrees.com*
ARISTOTLE E. EVIA (State Bar No. 211483)
*aevia@gordonrees.com*
RYAN B. POLK (State Bar No. 230769)
*rpolk@gordonrees.com*
GORDON & REES LLP
275 Battery Street
San Francisco, CA 94111
(415) 986-5900


BROAD AND CASSEL

By: /s/ Rhett Traband
RHETT TRABAND
*rtraband@broadandcassel.com*
BROAD AND CASSEL
2 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
(305) 373-9476

*Attorneys for Defendant
Boungiorno USA, Inc*


KAMBEREDLESON, LLC

By: /s/ Myles McGuire
Jay Edelson
Myles McGuire
Elizabeth Mackey
John Blim
Kamberedleson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
(312) 589-6370


LAW OFFICES OF TERRY M. GORDON

By: /s/ Terry M. Gordon
Terry M. Gordon
Law Offices of Terry M. Gordon
1039 Erica Road
Suite 200
Mill Valley, California 94941
(415) 331-3601

*Attorneys for Plaintiff
Aliza Valdez, individually and on behalf of a class of similarly situated individuals*



- 3 -

# PROOF OF SERVICE

State of California        )
                           ) SS.
County of Los Angeles      )

RE:  Aliza Valdez v. M-Qube, Inc., et al

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Arnold & Porter, 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017. On September 2, 2008, the following document described as **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** was electronically filed with the Clerk of the Court using the CM/ECF system and caused it to be electronically served on all counsel.

True and complete copies of the above document were also served by U.S. Mail on all counsel as follows:

LAW OFFICES OF TERRY M. GORDON
Terry M. Gordon
1039 Erica Road
Suite 200
Mill Valley, California 94941
(415) 331-3601

THE JACOBS LAW FIRM, CHTD.
John G. Jacobs
Bryan G. Kolton
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
(312) 427-4000

KAMBEREDELSON, LLC
Jay Edelson
Myles McGuire
Elizabeth Mackey
John Blim
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
(312) 589-6370

*Attorneys for Plaintiff
Aliza Valdez, individually and on behalf of a class of similarly situated individuals*

| | |
|---|---|
| 1 | GORDON & REES LLP |
| | Fletcher C. Alford |
| 2 | Aristotle E. Evia |
| | Ryan B. Polk |
| 3 | 275 Battery Street |
| | San Francisco, CA 94111 |
| 4 | (415) 986-5900 |

BROAD AND CASSEL
Rhett Traband
Jeffrey R. Geldens
Lauren Arielle Yelen
2 South Biscayne Blvd., Suite 2100
Miami, Florida 33131
(305) 373-9476

*Attorneys for Defendant*
*Boungiorno USA, Inc*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I further declare under penalty of perjury that the above is true and correct.

Executed on September 2, 2008 at Los Angeles, California.

By:  /s/ Lorraine Danielson
       Lorraine Danielson