RONALD L. JOHNSTON (State Bar No. 057418)
ronald.johnston@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

JAMES L. COOPER (*pro hac vice* to be submitted)
james.cooper@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant m-Qube, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALDEZ, | Case No. C 07-06496 CW |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| M-QUBE, INC. et al., | |
| Defendants. | |

The Parties in the above action hereby stipulate and agree to the entry of an Order Continuing the Case Management Conference presently set for November 17, 2009 at 2:30 p.m. and in support of the requested relief state:

1. This action is related to *Jiran v. AT&T Mobility, Case No. C 08-00013 CW* and *Pishvaee v. VeriSign, Inc., Case No. C 07-03407 CW* (together with *Valdez*, the "Messaging

1  Cases."). The Parties in *Jiran* and *Pishvaee* today filed a parallel stipulation to extend the Case Management Conference.

2.  The Parties in the Messaging Cases have previously apprised this Court of the national settlement of a parallel class action pending before the Superior Court of Fulton County, Georgia and captioned *Tracie McFerren v. AT&T Mobility, LLC,* Fulton County Superior Court Case No. 08-CV-151322. The settlement was preliminarily approved on May 30, 2008, and the final approval hearing was set for December 8, 2008.

3.  On August 26, 2008, this Court granted AT&T Mobility LLC's Motion to Stay, pending final approval of the *McFerren* settlement.

4.  On September 29, 2008, the Honorable Judge Miller of the United States District Court, Southern District of California, in the *In Re Jamster Marketing Litigation MDL* 1751, granted in part a motion to issue an injunction under the All Writs Act prohibiting AT&T Mobility from prosecuting or settling the *McFerren* action. The result of the MDL Court's injunction order (the "Injunction Order") was a limited injunction that barred AT&T Mobility from settling through the *McFerren* action any claims related to the marketing of Jamster mobile content.

5.  On October 24, 2008, AT&T appealed the Injunction Order to the United States Court of Appeals for the Ninth Circuit.

6.  On November 13, 2008, the *McFerren* court postponed its final approval hearing until further notice, pending the Ninth Circuit's ruling on the appeal.

7.  The Ninth Circuit heard oral argument on May 4, 2009. On July 1, 2009, AT&T filed a motion to stay in the Ninth Circuit, on grounds that all parties in the *In Re Jamster Marketing Litigation MDL* 1751 had reached an agreement in principle to settle the claims asserted in that litigation. On July 20, 2009, the Ninth Circuit stayed the matter for 120 days so that the settlement could be finalized and presented for preliminary approval.

8.  On November 3, 2009, counsel for the MDL Plaintiffs in *In Re Jamster Marketing Litigation MDL* 1751 filed the Motion for Preliminary Approval of the Stipulation and Settlement Agreement between the Parties with the district court. A hearing for preliminary approval is set for November 16, 2009.

9. The Parties anticipate filing a Motion for Final Approval with the *McFerren* court as soon as the *In Re Jamster Marketing Litigation MDL* 1751 Settlement receives preliminary approval. The Parties further anticipate that the *McFerren* court will issue final approval of that settlement within two months and at that time, the parties will advise this Court of the status of the cases pending in this Court and whether any claims/causes of actions exist or have been fully resolved by the other settlements.

10. In addition, Defendant m-Qube and plaintiffs' counsel in a parallel national class action have entered into a nationwide settlement resolving all claims against m-Qube related to the alleged imposition of unauthorized mobile content charges on the cell phone bills of wireless subscribers other than those relating to AT&T (which will be released in the *McFerren* settlement. Judge Stewart E. Palmer of the Circuit Court of Cook County, Illinois, granted preliminary approval to the class action settlement on November 3, 2009, in the case *Parone, et al. v. m-Qube, Inc., et al.*, No. 08 CH 15834 (Circuit Court of Cook County, Illinois). Judge Palmer has set the Final Fairness Hearing for February 24, 2010.

11. Under the circumstances, the Parties in the above actions request that the CMC be continued, as to them only, until December 22, 2009 at 2:00 p.m. or any date thereafter as is convenient for the court.

WHEREFORE, the Parties respectfully request this Court enter an Order Continuing the Case Management Conference presently set for November 17, 2009 at 2:30 pm until December 22, 2009 at 2:00 p.m., or such other date as is convenient to the Court, where if these matter are not resolved the Parties will discuss a proposed schedule for a responsive pleadings deadline.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: November 16, 2009 | KAMBEREDELSON, LLC |

/s/ Myles McGuire
MYLES MCGUIRE

Attorneys for Plaintiff
Aliza Valdez

Terry M. Gordon
The Law Offices of Terry M. Gordon
1039 Erica Road
Mill Valley, California 94941
Telephone: (415) 331-3601
Facsimile: (415) 331-1225

*Of Counsel*
Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL 60604

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, CHTD.
122 South Michigan Ave
Suite 1850
Chicago, IL 60603

Dated: November 16, 2009                BROAD & CASSEL

/s/ Jeffrey R. Geldens
JEFFREY R. GELDENS

Attorney for Defendant Buongiorno USA, Inc.

Jeffrey R. Geldens
BROAD & CASSEL
One Biscayne Tower
2 South Biscayne Boulevard, 21st Floor
Miami, FL 33131
Telephone: (305) 373-9400

- 3 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: November 16, 2009 | ARNOLD & PORTER LLP |
| 2 | | |
| 3 | | /s/ Angel L. Tang |
| | | RONALD L. JOHNSTON |
| 4 | | ANGEL L. TANG |
| 5 | | Attorneys for Defendants |
| | | VeriSign, Inc. and m-Qube, Inc. |
| 6 | | |
| 7 | | 777 South Figueroa Street, Suite 4400 |
| | | Los Angeles, California  90017 |
| 8 | | (213) 243-4000 |
| 9 | | *Of Counsel* |
| | | James Cooper |
| 10 | | Arnold & Porter LLP |
| | | 555 Twelfth Street, NW |
| 11 | | Washington, DC  20004-1206 |
| | | Telephone:  (202) 942-5014 |
| 12 | | |
| 13 | Dated: November 16, 2009 | GORDON & REES, LLP |
| 14 | | |
| 15 | | /s/ Ryan Polk |
| | | RYAN POLK |
| 16 | | |
| 17 | | Attorney for Defendant Buongiorno USA, Inc. |
| 18 | | Ryan Polk |
| | | GORDON & REES, LLP |
| 19 | | 275 Battery Street, 20th Floor |
| | | San Francisco, CA 94111 |
| 20 | | Telephone:  (415) 986-5900 |

**IT IS SO ORDERED**

*[Signature]*
Judge Claudia Wilken

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

- 4 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 07-06496 CW