1  TERRY M. GORDON (SBN 75604)
   LAW OFFICES OF TERRY M. GORDON
2  1039 Erica Road, Suite 200
   Mill Valley, California 94941
3  Telephone:     (415) 331-3601
   Facsimile:      (415) 331-1225
4
   JOHN G. JACOBS (*Pro hac vice*)
5  THE JACOBS LAW FIRM, CHTD.
   122 South Michigan Avenue, Suite 1850
6  Chicago, Illinois 60603
   Telephone:     (312) 427-4000
7  Facsimile:      (312) 427-1850
8  JAY EDELSON (*Pro hac vice*)
   MYLES McGUIRE (*Pro hac vice*)
9  EDELSON McGUIRE LLC
   350 North LaSalle Street, Suite 1300
10 Chicago, Illinois 60603
   Telephone:     (312) 589-6370
11 Facsimile:      (312) 589-6378
12 Attorneys for Plaintiff
13                UNITED STATES DISTRICT COURT
14               NORTHERN DISTRICT OF CALIFORNIA
15
16 ALIZA VALDEZ, individually and on behalf    Case No. 4:07-cv-06496 CW
   of a class of similarly-situated individuals,
17                                             **NOTICE OF VOLUNTARY DISMISSAL**
                       *Plaintiff*,            **AND [PROPOSED]**
18                                             **ORDER OF DISMISSAL**
             v.
19                                             Judge:  The Hon. Claudia Wilken
   M-QUBE, INC., a Delaware corporation, et al.
20
                       *Defendants*.
21
22
23
24
25
26
27
28
   ───────────────────────────────────────────────
   NOTICE OF VOLUNTARY DISMISSAL AND PROPOSED ORDER OF DISMISSAL

1    **NOTICE OF VOLUNTARY DISMISSAL**

2        The Plaintiff, by and through her undersigned counsel, hereby gives notice of voluntary

3    dismissal of this matter pursuant to Fed. R. Civ. P. Rule 41(a)(i) as follows:

4        1.    The claims asserted by the Plaintiff in this action against m-Qube, Inc. and VeriSign,

5    Inc. have been settled and released by a Final Order and Judgment in the matter of *Parone et al. v.*

6    *m-Qube, Inc., et al.*, No. 08 CH 15834, in the Circuit Court of Cook County, Illinois, County

7    Department, Chancery Division, entered on February 24, 2010, which became final on March 26,

8    2010.

9        2.    Plaintiff therefore voluntarily dismisses her claims against m-Qube, Inc. and

10   VeriSign, Inc. *with prejudice* and voluntarily dismisses her claims as to Defendant Buongiorno

11   USA, Inc. d/b/a Blinko *without prejudice* and shall re-refile against Defendant Buongiorno in an

12   appropriate forum within thirty (30) days of the entry of dismissal and with all parties to bear their

13   own costs.

14       Dated:  March 30, 2010              EDELSON McGUIRE LLC

15                                  BY:    _____*/s/ Myles McGuire*_____
                                          Myles McGuire
16                                        Counsel for Plaintiff

17

18                       **PROPOSED ORDER**

19       Pursuant to the Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED:

20       That this action shall be and hereby is dismissed with prejudice as to Defendants m-Qube,

21   Inc. and VeriSign, Inc., and without prejudice as to Defendant Buongiorno USA, Inc. d/b/a Blinko

22   and all parties are to bear their own costs.

23       Dated:  _____

24

25                                  _____
                                    CLAUDIA WILKEN
26                                  United States District Judge

27

28                                  - 1 -

NOTICE OF VOLUNTARY DISMISSAL AND PROPOSED ORDER OF DISMISSAL