```
 1  TERRY M. GORDON (SBN 75604)
    LAW OFFICES OF TERRY M. GORDON
 2  1039 Erica Road, Suite 200
    Mill Valley, California 94941
 3  Telephone:    (415) 331-3601
    Facsimile:    (415) 331-1225
 4
    JOHN G. JACOBS (Pro hac vice)
 5  THE JACOBS LAW FIRM, CHTD.
    122 South Michigan Avenue, Suite 1850
 6  Chicago, Illinois 60603
    Telephone:    (312) 427-4000
 7  Facsimile:    (312) 427-1850

 8  JAY EDELSON (Pro hac vice)
    MYLES McGUIRE (Pro hac vice)
 9  EDELSON McGUIRE LLC
    350 North LaSalle Street, Suite 1300
10  Chicago, Illinois 60603
    Telephone:    (312) 589-6370
11  Facsimile:    (312) 589-6378

12  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly-situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>M-QUBE, INC., a Delaware corporation, et al.<br><br>*Defendants*. | Case No. 4:07-cv-06496 CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Judge:  The Hon. Claudia Wilken |

NOTICE OF VOLUNTARY DISMISSAL AND PROPOSED ORDER OF DISMISSAL

# NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, by and through her undersigned counsel, hereby gives notice of voluntary dismissal of this matter pursuant to Fed. R. Civ. P. Rule 41(a)(i) as follows:

1. The claims asserted by the Plaintiff in this action against m-Qube, Inc. and VeriSign, Inc. have been settled and released by a Final Order and Judgment in the matter of *Parone et al. v. m-Qube, Inc., et al.*, No. 08 CH 15834, in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, entered on February 24, 2010, which became final on March 26, 2010.

2. Plaintiff therefore voluntarily dismisses her claims against m-Qube, Inc. and VeriSign, Inc. *with prejudice* and voluntarily dismisses her claims as to Defendant Buongiorno USA, Inc. d/b/a Blinko *without prejudice* and shall re-refile against Defendant Buongiorno in an appropriate forum within thirty (30) days of the entry of dismissal and with all parties to bear their own costs.

Dated: March 30, 2010          EDELSON McGUIRE LLC

                               BY:    */s/ Myles McGuire*
                                      Myles McGuire
                                      Counsel for Plaintiff


# ~~PROPOSED~~ ORDER

Pursuant to the Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED:

That this action shall be and hereby is dismissed with prejudice as to Defendants m-Qube, Inc. and VeriSign, Inc., and without prejudice as to Defendant Buongiorno USA, Inc. d/b/a Blinko and all parties are to bear their own costs.

Dated: April 2, 2010

                               CLAUDIA WILKEN
                               United States District Judge